1  Alan Harris (SBN 146079)
   David S. Harris (SBN 215224)
2  David Zelenski (SBN 231768)
   HARRIS & RUBLE
3  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, California 90069
4  Telephone: (323) 931-3777
   Facsimile: (323) 931-3366
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

*BZ*

*C 07 3473*

10

11  VIRGINIA PEREZ, individually,          **COMPLAINT**
    and on behalf of all others similarly
12  situated,                              Case No.

                                           *[Class-Action Complaint]*
13              Plaintiff,

14       v.                                1.   Cal. Lab. Code § 1194—Overtime
                                                and Minimum Wage Against
15  MAID BRIGADE, INC., a                       Defendant MBMC
    Delaware Corporation, and BMJ
16  LLC, a California Limited Liability    2.   Cal. Lab. Code section 203—
    Company,                                    Continuing Wages Against
17                                              Defendant MBMC
                Defendants.
18                                         3.   Cal. Lab. Code section 226—
                                                Pay Stubs Against Defendant
19                                              MBMC

20                                         4.   Cal Lab. Code section 226.7—
                                                Meal Periods and Rest Periods
21                                              Against Defendant MBMC

22                                         5.   Fair Labor Standards Act, 29
                                                U.S.C. §§ 206–07—Minimum
23                                              Wage and Overtime Against Both
                                                Defendants
24
                                           6.   Cal. Bus. & Prof. Code
25                                              section 17200 *et seq.*—Restitution
                                                and Injunction Against Both
26                                              Defendants

27
                                           **DEMAND FOR JURY TRIAL**
28

1   COMES NOW Plaintiff, and for her causes of action against Defendants, alleges:

2   **PARTIES AND JURISDICTION**

3   1.      Plaintiff VIRGINIA PEREZ ("PEREZ") is an individual who, at time

4   periods relevant to this Complaint, was employed by Defendants within the County of

5   Marin, State of California.  Plaintiff is a resident of California.

6   2.      Defendant BMJ LLC, a California limited liability company d/b/a Maid

7   Brigade of Marin County ("MBMC"), was and is doing business within the State of

8   California, County of Marin, as a franchisee of Defendant Maid Brigade, Inc. ("MBI"), a

9   Delaware corporation.  MBI and MBMC, along with over 120 other franchisees located

10  in over four-hundred service areas throughout the United States, constitute an

11  "enterprise" within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203.  See

12  29 U.S.C. § 203(r) (defining "enterprise").  MBI, commencing operation in 1979, is

13  engaged in interstate commerce, with annual sales in excess of $50,000,000 and more

14  that 1,400 nationwide employees.  MBI supplies its franchisees with weeks of training,

15  nationwide advertising, software, and access to a fleet of Ford Focus vehicles in which

16  employees are transported each day to their various worksites.

17  3.      This Court has federal-question jurisdiction under 28 U.S.C. § 1331.  Under

18  28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over Plaintiff's

19  state-law claims.  There are no grounds that would justify this Court's declining to

20  exercise its jurisdiction pursuant to 28 U.S.C. § 1367.  See 28 U.S.C. § 1367(c)

21  (explaining grounds on which courts may decline to exercise supplemental jurisdiction).

22  **GENERAL ALLEGATIONS**

23  4.      Defendants employed PEREZ from in or about 2003 until June 1, 2007.

24  5.      During her employment with Defendants, PEREZ performed labor for

25  Defendants as a maid, on some occasions working in excess of eight hours per day and

26  forty hours per week, and working without rest periods or meal breaks.  PEREZ also

27  performed labor as an office assistant, working without the rest periods or meal breaks

28  required by law.

1    6.    The vast majority of PEREZ's workweek and the workweek of Defendants'
2  other employees was spent performing non-exempt functions. On a typical day, when
3  working as a maid, PEREZ and Defendants' other employees would appear at the office
4  in the morning to load Ford vehicles with cleaning supplies. They would thereafter work
5  without break until late in the afternoon or early in the evening, often in excess of eight
6  hours per day and forty hours per week.

7    7.    PEREZ and Defendants' other employees were paid by Defendants on a
8  piece-rate basis. In other words, they were paid according to the number of units (e.g.,
9  residences) that they would clean. However, the compensation scheme was such that
10  their hourly pay would often fall below both the minimum wage and the overtime rate at
11  which they should have been compensated.

12    8.    On June 1, 2007, PEREZ ceased working for Defendants.

13    9.    At all relevant times mentioned herein, section 201 of the California Labor
14  Code provided that "wages earned and unpaid at the time of discharge are due and
15  payable immediately." Cal. Lab. Code § 201(a). Similarly, section 202 of the California
16  Labor Code provided:

17       If an employee not having a written contract for a definite period quits his or
18       her employment, his or her wages shall become due and payable not later
19       than 72 hours thereafter, unless the employee has given 72 hours previous
20       notice of his or her intention to quit, in which case the employee is entitled
21       to his or her wages at the time of quitting.

22  Id. § 202(a).

23    10.    At all relevant times mentioned herein, section 213 of the California Labor
24  Code provided:

25       Nothing . . . shall: . . . . (d) Prohibit an employer from depositing wages
26       due or to become due or an advance on wages to be earned in an account in
27       any bank, savings and loan association, or credit union of the employee's
28       choice . . . . If an employer discharges an employee or the employee quits

3
COMPLAINT

1   the employer may pay the wages earned and unpaid at the time the
2   employee is discharged or quits by making a deposit authorized pursuant to
3   this subdivision, *provided that the employer complies with the provisions of*
4   *this article relating to the payment of wages upon termination or quitting of*
5   *employment.*

6   Id. § 213(c) (emphasis supplied).

7       11.   PEREZ did not receive a final paycheck from Defendant MBMC until June
8   8, 2007, when Defendant MBMC made a direct deposit to her account. PEREZ contends
9   that other employees of Defendant MBMC were also paid late after they had ceased
10  working for Defendant MBMC.

11      12.   At all relevant times mentioned herein, section 203 of the California Labor
12  Code provided:

13      If an employer willfully fails to pay, without abatement or reduction, in
14      accordance with Sections 201, 201.5, 202 and 202.5, any wages of an
15      employee who is discharged or who quits, the wages of the employee shall
16      continue as a penalty from the due date thereof at the same rate until paid or
17      until action therefore is commenced; but the wages shall not continue for
18      more than 30 days.

19  Id. § 203. PEREZ contends that the failure of Defendant MBMC to pay her and other
20  employees within the time provided by sections 201 and/or 202 of the California Labor
21  Code was and is "willful" within the meaning of section 203 of the California Labor
22  Code and that, accordingly, she and Defendant MBMC's employees are entitled to the
23  continuing wages specified by section 203. Moreover, with respect to individuals who
24  received their pay via direct deposit, PEREZ contends that the failure of Defendant
25  MBMC to pay her and other employees within the time provided by sections 201 and/or
26  202 violates section 213 of the California Labor Code.

27      13.   At all relevant times mentioned herein, section 204 of the California Labor
28  Code provided that "[a]ll wages, other than those mentioned in Section 201, 202, 204.1,

1   or 204.2, earned by any person in any employment are due and payable twice during
2   each calendar month, on days designated in advance by the employer as the regular
3   paydays." Id. § 204.

4       14.    In addition, at all relevant times mentioned herein, section 510 of the
5   California Labor Code provided:

6       Eight hours of labor constitutes a day's work. Any work in excess of eight
7       hours in one workday and any work in excess of 40 hours in any one
8       workweek and the first eight hours worked on the seventh day of work in
9       any one workweek shall be compensated at the rate of no less than one and
10      one-half times the regular rate of pay for an employee. Any work in excess
11      of 12 hours in one day shall be compensated at the rate of no less than twice
12      the regular rate of pay for an employee. In addition, any work in excess of
13      eight hours on any seventh day of a workweek shall be compensated at the
14      rate of no less than twice the regular rate of pay of an employee.

15  Id. § 510(a).

16      15.    In addition, at all relevant times mentioned herein, section 1194 of the
17  California Labor Code provided:

18      Notwithstanding any agreement to work for a lesser wage, any employee
19      receiving less than the legal minimum wage or the legal overtime
20      compensation applicable to the employee is entitled to recover in a civil
21      action the unpaid balance of the full amount of this minimum wage or
22      overtime compensation, including interest thereon, reasonable attorney's
23      fees, and costs of suit.

24  Id. § 1194(a). Again, during their employment, PEREZ and Defendants' employees
25  worked in excess of eight hours per day and forty hours per week. However, the
26  compensation scheme to which they were subject was such that they often received
27  neither the minimum wage nor the overtime compensation to which they were entitled.
28  PEREZ contends that this violates sections 204 and 510 of the California Labor Code

1   and that, accordingly, she and the employees are entitled to recover in a civil action the
2   unpaid balance of the full amount of their unpaid minimum-wage and overtime
3   compensation.

4       16.    At all relevant times mentioned herein, section 218.6 of the California
5   Labor Code provided:

6       In any action brought for the nonpayment of wages, the court shall award
7       interest on all due and unpaid wages at the rate of interest specified in
8       subdivision (b) of Section 3289 of the Civil Code, which shall accrue from
9       the date that the wages were due and payable as provided in Part 1
10      (commencing with Section 200) of Division 2.

11  Id. § 218.6.

12      17.    At all relevant times mentioned herein, the Fair Labor Standards Act
13  ("FLSA") provided:

14      Every employer shall pay to each of his employees who in any workweek is
15      engaged in commerce or in the production of goods for commerce, or is
16      employed in an enterprise engaged in commerce or in the production of
17      goods for commerce, wages at the following rates: . . . not less than [the
18      minimum wage]."

19  29 U.S.C. § 206(a).

20      18.    In addition, at all relevant times mentioned herein, the FLSA provided:
21      (a) . . . . (1) Except as otherwise provided in this section, no employer shall
22      employ any of his employees who in any workweek is engaged in commerce
23      or in the production of goods for commerce, or is employed in an enterprise
24      engaged in commerce or in the production of goods for commerce, for a
25      workweek longer than forty hours unless such employee receives
26      compensation for his employment in excess of the hours above specified at
27      a rate not less than one and one-half times the regular rate at which he is
28      employed.

1      . . . .

2      (g) Employment at piece rates.  No employer shall be deemed to have

3          violated subsection (a) . . . if, pursuant to an agreement or understanding

4          arrived at between the employer and the employee before performance of

5          the work, the amount paid to the employee for the number of hours worked

6          by him in such workweek in excess of the maximum workweek applicable

7          to such employee under such subsection[,] in the case of an employee

8          employed at piece rates, is computed at piece rates not less than one and

9          one-half times the bona fide piece rates applicable to the same work when

10         performed during nonovertime hours

11     Id. § 207.

12     19.    In addition, at all relevant times mentioned herein, 29 U.S.C. § 216

13     provided:

14         Any employer who violates the provisions of section 6 or section 7 of this

15         Act [29 U.S.C. §§ 206 or 207] shall be liable to the employee or employees

16         affected in the amount of their unpaid minimum wages, or their unpaid

17         overtime compensation, as the case may be, and in an additional equal

18         amount as liquidated damages.

19     Id. § 216(b).  Again, during their employment with Defendants, PEREZ and Defendants'

20     employees worked in excess of forty hours per week.  However, the compensation

21     scheme to which they were subject was such that they often received neither the

22     minimum wage nor the overtime compensation to which they were entitled.  PEREZ

23     contends that this violates 29 U.S.C. §§ 206 and 207 and that, accordingly, she and

24     Defendants' employees are entitled to recover in a civil action the unpaid balance of the

25     full amount of their unpaid minimum-wage and overtime compensation.

26     20.    At all relevant times mentioned herein, Industrial Welfare Commission

27     Wage Order No. 5 (as periodically amended) applied to PEREZ.  Wage Order Number 5

28     provides:

1  [E]employees shall not be employed more than eight (8) hours in any
2  workday or more than 40 hours in any workweek unless the employee
3  receives one and one-half (1 1/2) times such employee's regular rate of pay
4  for all hours worked over 40 hours in the workweek.  Eight (8) hours of
5  labor constitutes a day's work.  Employment beyond eight (8) hours in any
6  workday or more than six (6) days in any workweek is permissible provided
7  the employee is compensated for such overtime at not less than:  (a) One
8  and one-half (1 1/2) times the employee's regular rate of pay for all hours
9  worked in excess of eight (8) hours up to and including 12 hours in any
10  workday, and for the first eight (8) hours worked on the seventh (7th)
11  consecutive day of work in a workweek; and (b) Double the employee's
12  regular rate of pay for all hours worked in excess of 12 hours in any
13  workday and for all hours worked in excess of eight (8) hours on the
14  seventh (7th) consecutive day of work in a workweek.

15  8 Cal. Code Regs. § 11050(3)(A).  Again, during their employment with Defendants,
16  PEREZ and Defendants' employees worked in excess of eight hours per day and forty
17  hours per week.  However, the compensation scheme to which they were subject was
18  such that they often received neither the minimum wage nor the overtime compensation
19  to which they were entitled.  PEREZ contends that this violates Wage Order No. 5.

20      21.    At all relevant times mentioned herein, section 226 of the California Labor
21  Code provided:

22      (a) Every employer shall, semimonthly or at the time of each payment of
23      wages, furnish each of her or her employees, either as a detachable part of
24      the check, draft, or voucher paying the employee's wages, or separately
25      when wages are paid by personal check or cash, an accurate itemized
26      statement in writing showing (1) gross wages earned, (2) total hours worked
27      by the employee, except for any employee whose compensation is solely
28      based on a salary and who is exempt from payment of overtime under

1   subdivision (a) of Section 515 or any applicable order of the Industrial

2   Welfare Commission, (3) the number of piece-rate units earned and any

3   applicable piece rate if the employee is paid on a piece-rate basis, (4) all

4   deductions, provided that all deductions made on written orders of the

5   employee may be aggregated and shown as one item, (5) net wages earned,

6   (6) the inclusive dates of the period for which the employee is paid, (7) the

7   name of the employee and his or her social security number, except that by

8   January 1, 2008, only the last four digits of his or her social security number

9   or an existing employee identification number other than a social security

10  number may be shown on the check, (8) the name and address of the legal

11  entity that is the employer, and (9) all applicable hourly rates in effect

12  during the pay period and the corresponding number of hours worked at

13  each hourly rate by the employee.  The deductions made from payments of

14  wages shall be recorded in ink or other indelible form, properly dated,

15  showing the month, day, and year, and a copy of the statement or a record of

16  the deductions shall be kept on file by the employer for at least three years

17  at the place of employment or at a central location within the State of

18  California.

19  . . . .

20  (e) An employee suffering injury as a result of a knowing and intentional

21  failure by an employer to comply with subdivision (a) is entitled to recover

22  the greater of all actual damages or fifty dollars ($50) for the initial pay

23  period in which a violation occurs and one hundred dollars ($100) per

24  employee for each violation in a subsequent pay period, not exceeding an

25  aggregate penalty of four thousand dollars ($4,000), and is entitled to an

26  award of costs and reasonable attorney's fees.

27  Id. § 226.

28      22.     PEREZ contends that Defendant MBMC failed to furnish her and other

9
COMPLAINT

1   employees with pay stubs that show certain of the information required by section 226
2   and that such failure entitles her and each employee to the greater of actual damages or
3   $50 for the initial pay period in which a violation occurred and $100 for each subsequent
4   violation, up to a total of $4,000 with respect to each employee. (Exhibit 1 reflects some
5   of the pay stubs, Exhibit 1-000000001 being PEREZ's final pay stub.) PEREZ was
6   injured by reason of the failure of Defendant MBMC to provide her with the information
7   required by statute. The difficulty and expense of having to file this lawsuit and in
8   attempting to reconstruct time and pay records is further evidence of the injury suffered
9   as a result of Defendant MBMC's wage statements. Moreover, the failure of the
10  Defendant MBMC to provide all required information on its pay stubs caused confusion
11  for PEREZ and Defendant MBMC's employees, many of whom suffer from dyslexia
12  and/or dyscalculia and/or are illiterate and/or neither speak nor read English.

13      23.    Again, at all relevant times mentioned herein, Industrial Welfare
14  Commission Wage Order No. 5 (as periodically amended) applied to PEREZ. Wage
15  Order No. 5 requires a one-hour wage premium for each day that an employee is not
16  provided with a mandated ten-minute rest period per four-hour work period. 8 Cal. Code
17  Regs. § 11050(12)(A)–(B). Additionally, the applicable California Wage Order requires
18  a one-hour wage premium for each day that an employee is not provided with a
19  mandated thirty-minute meal period for any shift that is longer than five hours. Id.
20  § 11050(11)(A)–(B).

21      24.    The right to rest periods and meal periods has been codified in sections
22  226.7 and 512 of the California Labor Code. At all relevant times mentioned herein,
23  section 512 provided:

24          An employer may not employ an employee for a work period of more than
25          five hours per day without providing the employee with a meal period of not
26          less than 30 minutes, except that if the total work period per day of the
27          employee is no more than six hours, the meal period may be waived by
28          mutual consent of both the employer and employee. An employer may not

1    employ an employee for a work period of more than 10 hours per day

2    without providing the employee with a second meal period of not less than

3    30 minutes, except that if the total hours worked is no more than 12 hours,

4    the second meal period may be waived by mutual consent of the employer

5    and the employee only if the first meal period was not waived.

6    Cal. Lab. Code § 512(a). At all relevant times mentioned herein, section 226.7 provided:

7    If an employer fails to provide an employee a meal period or rest period in

8    accordance with an applicable order of the Industrial Welfare Commission,

9    the employer shall pay the employee one additional hour of pay at the

10    employee's regular rate of compensation for each work day that the meal or

11    rest period is not provided.

12    Id. § 226.7(b).

13    25.    Compensation for missed rest and meal periods constitutes wages within the

14    meaning of section 201 of the California Labor Code.

15    26.    PEREZ contends that Defendant MBMC failed to provide her and other

16    employees with the ten-minute rest periods and thirty-minute meal periods required both

17    by section 512 of the California Labor Code and by Wage Order No. 5. Accordingly,

18    she and Defendant MBMC's employees are entitled to the compensation specified both

19    by section 226.7 of the California Labor Code and by Wage Order Number 5.

20                    **PLAINTIFF'S CLASS-ACTION ALLEGATIONS**

21    27.    The Class represented by Plaintiff consists of all natural persons who were

22    tendered a paycheck by Defendant MBMC during the four years before the filing of this

23    Complaint through the date of the filing of a motion for class certification.

24    28.    The number of persons within the Class is great, believed to be in excess of

25    400 persons. It is, therefore, impractical to join each Member of the Class as a named

26    plaintiff. Accordingly, utilization of a class action is the most economically feasible

27    means of determining the merits of this litigation.

28    29.    Despite the numerosity of Members of the Class, membership within it is

1 readily ascertainable through an examination of the records that Defendant MBMC is
2 required by law to keep. Likewise, the dollar amounts owed to each Member of the
3 Class is readily ascertainable through an examination of the same records.

4     30.    The Class is proper insofar as common questions of fact and law
5 predominate over individual issues regarding the money owed to each Class Member.
6 The common questions include: (a) Did Defendant MBMC fail to provide its discharged
7 and quitting employees with their final wages when due? (b) Was Defendant MBMC's
8 compensation scheme such that it resulted in payment to Defendant MBMC's employees
9 of less than the minimum wage and less than the overtime compensation to which they
10 were entitled? (c) Did Defendant MBMC fail to provide its employees with required
11 meal and rest breaks? (d) Did Defendant MBMC's pay stubs fail to include the
12 information required by section 226 of the California Labor Code?

13     31.    There is a well-defined community of interest in the questions of law and
14 fact common to the Class. The proposed Class Representative and proposed Class
15 Counsel will give adequate representation to the Class.

16     32.    The claims of Plaintiff are typical of the claims of Class Members, which
17 claims all arise out of the same general operative facts, namely, that Defendant MBMC's
18 policies violated the California Labor Code. Plaintiff has no conflict of interest with
19 other Members of the Class, and she is able to represent the interests of the Class fairly
20 and adequately.

21     33.    A class action is a superior method for the fair and efficient adjudication of
22 this controversy. The persons within the Class are so numerous that joinder of all of
23 them is impracticable. The disposition of all claims of Class Members in a class action,
24 rather than in individual actions, will benefit the parties and the Court. The interest of
25 Class Members in controlling the prosecution of separate claims against Defendant
26 MBMC is small when compared with the efficiency of a class action.

27                      **FLSA COLLECTIVE-ACTION ALLEGATIONS**

28     34.    In this FLSA collective action, Plaintiff seeks to represent all individuals

1  who were employed by Defendants in the United States during the three years prior to
2  the filing of this Complaint through the date of the filing of a motion for certification of
3  collective action.

4      35.    Plaintiff is similarly situated with Collective-Action Members in that (a)
5  Plaintiff and Collective-Action Members were employed by Defendants; (b) Defendants
6  knowingly and willfully violated provisions of the FLSA by not paying Plaintiff and
7  Collective-Action Members their minimum and/or overtime wages when due; and (c), as
8  a result of Defendants' practice of withholding compensation for all hours worked,
9  Plaintiff and Collective-Action Members have been similarly damaged in that they have
10  not received timely payment of their earned wages.

11      36.    This action is maintainable as an "opt-in" collective action pursuant to 29
12  U.S.C. § 216 as to claims for unpaid minimum and/or overtime wages, liquidated
13  damages, costs, and attorney's fees.

14      37.    All individuals employed by Defendants should be given notice in English
15  and Spanish and should be allowed to give their consent in writing, in other words, to
16  "opt in," to the collective action pursuant to 29 U.S.C. § 216.

17                      **FIRST CLAIM FOR RELIEF**

18          (Cal. Lab. Code § 1194—Overtime and Minimum Wage Against MBMC)

19      38.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
20  allegation set forth in this Complaint.

21      39.    During their employment with Defendant MBMC, Plaintiff and Class
22  Members worked in excess of eight hours per day and forty hours per week. However,
23  the compensation scheme to which they were subject was such that they often received
24  neither the minimum wage nor the overtime compensation to which they were entitled.

25      40.    Accordingly, Plaintiff and Class Members are entitled to the damages
26  specified by section 1194 of the California Labor Code, in an amount to be determined
27  by proof.

28  / / / / /

1

## SECOND CLAIM FOR RELIEF

2

(Cal. Lab. Code § 203—Continuing Wages Against MBMC)

3      41.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
4      allegation set forth in this Complaint.

5      42.    Defendant MBMC's failure to compensate Plaintiff and Class Members
6      within the time provided by sections 201 and 202 of the California Labor Code, despite
7      Defendant MBMC's obligation to do so, was "willful" as that word is used in section
8      203 of the California Labor Code.

9      43.    Plaintiff and Class Members are, accordingly, entitled to the continuing
10     wages specified by section 203, in an amount to be determined by proof.

11

## THIRD CLAIM FOR RELIEF

12

(Cal. Lab. Code § 226—Pay Stubs Against MBMC)

13     44.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
14     allegation set forth in this Complaint.

15     45.    Defendant MBMC failed to provide Plaintiff and Class Members with pay
16     stubs that conform to the requirements of section 226 of the California Labor Code. For
17     example, Defendant MBMC failed to provide information concerning the name of the
18     legal entity that is the employer, the number of piece rate units earned and any applicable
19     piece rate, the total number of hours worked, information concerning all applicable
20     hourly rates in effect, and information concerning the corresponding number of hours
21     worked at each hourly rate. Accordingly, Plaintiff and Class Members are entitled to the
22     damages specified by section 226 of the California Labor Code, in an amount to be
23     determined by proof.

24

## FOURTH CLAIM FOR RELIEF

25

(Cal Lab. Code § 226.7—Meal Periods and Rest Periods Against MBMC)

26     46.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
27     allegation set forth in this Complaint.

28     47.    During their employment with Defendant MBMC, Defendant MBMC failed

1  to provide Plaintiff and Class Members with the ten-minute rest periods and thirty-
2  minute meal periods required both by section 512 of the California Labor Code and by
3  Wage Order No. 5. Accordingly, Plaintiff and Class Members are entitled to the
4  damages specified both by section 226.7 of the California Labor Code and by Wage
5  Order Number 5, in an amount to be determined by proof.

6  ## FIFTH CLAIM FOR RELIEF

7  (Fair Labor Standards Act, 29 U.S.C. §§ 216—Minimum Wage and Overtime Against
8  Both Defendants)

9  48.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
10  allegation set forth in this Complaint.

11  49.    During their employment with Defendants, Plaintiff and Class Members
12  worked in excess of eight hours per day and forty hours per week. However, the
13  compensation scheme to which they were subject was such that they often received
14  neither the minimum wage nor the overtime compensation to which they were entitled.
15  Accordingly, Plaintiff and Collective-Action Members are entitled to the damages
16  specified by section 29 U.S.C. § 216, in an amount to be determined by proof.

17  ## SIXTH CLAIM FOR RELIEF

18  (Cal. Bus. & Prof. Code § 17200 *et seq.*—Restitution and Injunction Against Both
19  Defendants)

20  50.    Plaintiff re-pleads, re-alleges, and incorporates by reference each and every
21  allegation set forth in this Complaint.

22  51.    Defendants are each a "person" within the meaning of section 17201 of the
23  California Business and Professions Code.

24  52.    As set forth in this Complaint, Plaintiff is informed, believes, and thereon
25  alleges that Defendants intentionally and improperly have failed to comply with the
26  California Labor Code and the FLSA by not paying the full amounts required to be paid
27  to employees on account of minimum-wages and overtime provisions, as well as by
28  failing to provide the information required by section 226 of the California Labor Code

1  and by failing to provide adequate meal and rest breaks.

2  53.    Defendants' failure to comply with the California Labor Code and the FLSA
3  has resulted in Defendants' under-reporting to federal and state authorities the wages
4  earned by Plaintiff and Class Members and, therefore, in Defendants' underpaying
5  federal and state taxes and unemployment insurance premiums.

6  54.    Additionally, Plaintiff is informed, believes, and thereon alleges that
7  Defendants were able to compete unfairly by not complying with the California Labor
8  Code and the FLSA.  By competing unfairly, Defendants have gained a competitive
9  advantage over other comparable businesses and individuals working in the State of
10  California.

11  55.    Accordingly, Defendants' failure to comply with the California Labor Code
12  and the FLSA is an unfair and/or unlawful business activity prohibited by section 17200
13  *et seq.* of the California Business and Professions Code, and it justifies the issuance of an
14  injunction and other equitable relief pursuant to section 17203 of the California Business
15  and Professions Code, including, *inter alia*, an injunction requiring that all employees be
16  timely paid all accrued and unpaid overtime and minimum wages due them.  All
17  remedies are cumulative pursuant to section 17205 of the California Business and
18  Professions Code.

19  56.    Furthermore, Plaintiff requests attorney's fees and costs pursuant to section
20  1021.5 of the California Code of Civil Procedure upon proof that she has acted in the
21  public interest.

22  **WHEREFORE**, Plaintiff prays judgment as follows:

23  1.    That the Court certify a class and a collective action.

24  2.    With respect to the First Claim for Relief, that this Court enter judgment in
25  favor of Plaintiff and Class Members in an amount according to proof, with interest
26  thereon, as well as attorney's fees and costs of suit pursuant to section 218.5 of the
27  California Labor Code.

28  3.    With respect to the Second Claim for Relief, that it be adjudged that the

16
COMPLAINT

1   failure of Defendant MBMC to make payment of wages within the time prescribed by

2   sections 201 and 202 of the California Labor Code was "willful" within the meaning of

3   section 203 of the California Labor Code. Plaintiff therefore requests that the Court

4   award Plaintiff and Class Members their continuing wages according to proof pursuant

5   to section 203, costs of suit, and such other relief as may be appropriate.

6       4.    With respect to the Third Claim for Relief, that the Court enter judgment in

7   favor of Plaintiff and Class Members in an amount according to proof, as well as

8   attorney's fees and costs of suit, pursuant to section 226 of the California Labor Code.

9       5.    With respect to the Fourth Claim for Relief, that the Court enter judgment in

10  favor of Plaintiff and Class Members in an amount according to proof, with interest

11  thereon, as well as attorney's fees and costs of suit pursuant to section 218.5 of the

12  California Labor Code.

13      6.    With respect to the Fifth Claim for Relief, that the Court enter judgment in

14  favor of Plaintiff and Collective-Action Members in an amount according to proof, as

15  well as attorney's fees and costs of suit, pursuant to 29 U.S.C. § 216.

16      7.    With respect to the Sixth Claim for Relief, that it be adjudged that

17  Defendants' violations of the California Labor Code and the FLSA constitute violations

18  of the California Business and Professions Code. Plaintiff therefore requests that the

19  Court order Defendants to pay restitution to Class Members in the form of disgorgement

20  of the wages unlawfully retained by it with interest. Furthermore, Plaintiff requests that

21  the Court issue an order or decree pursuant to section 17203 of the California Business

22  and Professions Code permanently enjoining Defendants from pursuing their practice of

23  violating the provisions hereinabove described. Finally, Plaintiff requests that the Court

24  award Plaintiff her reasonable attorney's fees and costs incurred in the prosecution of the

25  Sixth Cause of Action pursuant to section 1021.5 of the California Code of Civil

26  Procedure.

27  / / / / /

28  / / / / /

1    8.    For such other relief as the Court may order.

2

3    DATED:  July 3, 2007                          HARRIS & RUBLE

4

5                                                  _____

6                                                  Alan Harris
                                                   *Attorneys for Plaintiff*
7

8    Plaintiff requests a trial by jury as to all claims for relief.

9

10   DATED:  July 3, 2007                          HARRIS & RUBLE

11

12                                                 _____

13                                                 Alan Harris
                                                   *Attorneys for Plaintiff*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 6/08/07 | | Period BIWEEKLY | Beginning 5/20/07 | Ending 6/02/07 | Description Type | Rate | Hours | OT X | | Current | Year to Date |
| | | | | | Earnings | | | | | | |
| MAID BRIGADE 75 PELICAN WAY, STE H SAN RAFAEL, CA 94901 (415) 459-4992 | | | | | VAC TEAM | 7.5000 | 80.00 | | | 600.00 | 600.00 |
| | | | | | HRLY OFF | | | | | 540.00 | 4,972.50 |
| | | | | | HLDY OFF | | | | | 60.00 | 60.00 |
| | | | | | HRLY TEAM | | | | | | 43.13 |
| | | | | | GROSS TEAM | | | | | | 1,548.55 |
| VIRGINIA PEREZ 23 FAIRFAX ST.  APT. #5D SAN RAFAEL, CA  94901 | | | Home Lctn: Home Dept: | 2 6 | BONUS TEAM | | | | | | 133.00 |
| | | | | | HOLID TEAM | | | | | | 120.00 |
| | | | | | COMM TEAM | | | | | | 336.41 |
| Withholding Tax Information | | | | | TOTAL EARNINGS | | | | | 1,200.00 | 7,813.59 |
| Federal: M-03 CA: M-03 | | | | | Taxes | | | | | | |
| | | | | | FEDERAL WITHHOLDING | | | | | 50.00 | 57.74 |
| | | | | | SOCIAL SECURITY | | | | | 74.40 | 484.45 |
| | | | | | MEDICARE | | | | | 17.40 | 113.31 |
| | | | | | CA WITHHOLDING | | | | | 3.16 | 3.16 |
| Direct Deposit | | | | | CA DISABILITY | | | | | 7.20 | 46.89 |
| Account 1:  8551 Net Check: | | 497.84 0.00 | | | TOTAL TAXES | | | | | 152.16 | 705.55 |
| | | | | | Deductions | | | | | | |
| | | | | | ADVANCE | | | | | -550.00 | -550.00 |
| | | | | | TOTAL DEDUCTIONS | | | | | -550.00 | -550.00 |
| Visit Your Personal Compensation Web Site on the Internet at http://www.cbspay.com/sdg | | | | | Net Pay | | | | | 497.84 | 6,558.04 |

Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

intuit
Payroll Services

COMPLETE PAYROLL

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK   *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000001

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 5/25/07 | | Period BIWEEKLY | Beginning 5/06/07 | Ending 5/19/07 | Description Type | Rate | Hours OT X | | Current | Year to Date |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

Home Lctn:  2
Home Dept:  6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551     550.50
Net Check:          0.00

| Earnings | Current | Year to Date |
|---|---|---|
| HRLY OFF | 600.00 | 4,432.50 |
| HRLY TEAM | | 43.13 |
| GROSS TEAM | | 1,548.55 |
| BONUS TEAM | | 133.00 |
| HOLID TEAM | | 120.00 |
| COMM TEAM | | 336.41 |
| TOTAL EARNINGS | 600.00 | 6,613.59 |

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | | 7.74 |
| SOCIAL SECURITY | 37.20 | 410.05 |
| MEDICARE | 8.70 | 95.91 |
| CA DISABILITY | 3.60 | 39.69 |
| TOTAL TAXES | 49.50 | 553.39 |

| Net Pay | Current | Year to Date |
|---|---|---|
| | 550.50 | 6,060.20 |

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

Intuit
Payroll Services
COMPLETE PAYROLL

EXHIBIT 1-000000002

| Company 112-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|

| Check Date 4/27/07 | Period BIWEEKLY | Beginning 4/08/07 | Ending 4/21/07 | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|

| | | Earnings | | |
|---|---|---|---|---|
| HRLY OFF | | | 600.00 | 3,352.50 |
| HRLY TEAM | | | | 43.13 |
| GROSS TEAM | | | | 1,548.55 |
| BONUS TEAM | | | | 133.00 |
| HOLID TEAM | | | | 120.00 |
| COMM TEAM | | | | 336.41 |
| TOTAL EARNINGS | | | 600.00 | 5,533.59 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

| Home Lctn: | 2 |
|---|---|
| Home Dept: | 6 |

### Withholding Tax Information
Federal:  M-03
CA:  M-03

| | Taxes | | |
|---|---|---|---|
| FEDERAL WITHHOLDING | | | 7.74 |
| SOCIAL SECURITY | | 37.20 | 343.09 |
| MEDICARE | | 8.70 | 80.25 |
| CA DISABILITY | | 3.60 | 33.21 |
| TOTAL TAXES | | 49.50 | 464.29 |

### Direct Deposit
Account 1:  8551       550.50
Net Check:        0.00

| Net Pay | 550.50 | 5,069.30 |
|---|---|---|

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

Intuit
Payroll Services

COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll – Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK       *VOID***

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

***VOID*VOID*VOID***

EXHIBIT 1-000000003

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Check Date  4/13/07 | | Period BIWEEKLY | Beginning 3/25/07 | Ending 4/07/07 | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Earnings** | | | | | |
| MAID BRIGADE | | | | | HRLY OFF | | | | 480.00 | 2,752.50 |
| 75 PELICAN WAY, STE H | | | | | HRLY TEAM | | | | | 43.13 |
| SAN RAFAEL, CA 94901 | | | | | GROSS TEAM | | | | | 1,548.55 |
| (415) 459-4992 | | | | | BONUS TEAM | | | | | 133.00 |
| | | | | | HOLID TEAM | | | | | 120.00 |
| VIRGINIA PEREZ | | | | | COMM TEAM | | | | | 336.41 |
| 23 FAIRFAX ST.  APT. #5D | | | Home Lctn: | 2 | | | | | | |
| SAN RAFAEL, CA  94901 | | | Home Dept: | 6 | TOTAL EARNINGS | | | | 480.00 | 4,933.59 |
| **Withholding Tax Information** | | | | | **Taxes** | | | | | |
| Federal: M-03 | | | | | FEDERAL WITHHOLDING | | | | | 7.74 |
| CA: M-03 | | | | | SOCIAL SECURITY | | | | 29.76 | 305.89 |
| | | | | | MEDICARE | | | | 6.96 | 71.55 |
| | | | | | CA DISABILITY | | | | 2.88 | 29.61 |
| | | | | | TOTAL TAXES | | | | 39.60 | 414.79 |
| **Direct Deposit** | | | | | | | | | | |
| Account 1: 8551         440.40 | | | | | **Net Pay** | | | | 440.40 | 4,518.80 |
| Net Check:           0.00 | | | | | | | | | | |

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

intuit
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK    *VOID***

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

***VOID*VOID*VOID***

EXHIBIT 1–000000004

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 3/30/07 | | Period BIWEEKLY | Beginning 3/11/07 | Ending 3/24/07 | Description Type | Rate | Hours | OT X | | Current | Year to Date |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| BONUS TEAM | 30.00 | 133.00 |
| HRLY OFF | 532.50 | 2,272.50 |
| HRLY TEAM | | 43.13 |
| GROSS TEAM | | 1,548.55 |
| HOLID TEAM | | 120.00 |
| COMM TEAM | | 336.41 |
| TOTAL EARNINGS | 562.50 | 4,453.59 |

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | | 7.74 |
| SOCIAL SECURITY | 34.88 | 276.13 |
| MEDICARE | 8.16 | 64.59 |
| CA DISABILITY | 3.38 | 26.73 |
| TOTAL TAXES | 46.42 | 375.19 |

| Net Pay | 516.08 | 4,078.40 |
|---|---|---|

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

Home Lctn:    2
Home Dept:    6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551      516.08
Net Check:        0.00

Visit Your Personal Compensation
Web Site on the Internet at
http://www.cbspay.com/sdg
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

intuit
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK          *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1  000000005

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Check Date 3/02/07 | Period | Beginning | Ending | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| | BIWEEKLY | 2/11/07 | 2/24/07 | Earnings | | | | | |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

| Description Type | Current | Year to Date |
|---|---|---|
| HRLY OFF | 600.00 | 1,200.00 |
| HRLY TEAM | | 43.13 |
| GROSS TEAM | | 1,548.55 |
| BONUS TEAM | | 103.00 |
| HOLID TEAM | | 120.00 |
| COMM TEAM | | 336.41 |
| **TOTAL EARNINGS** | 600.00 | 3,351.09 |

Home Lctn:  2
Home Dept:  6

**Taxes**

| | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | | 7.74 |
| SOCIAL SECURITY | 37.20 | 207.77 |
| MEDICARE | 8.70 | 48.60 |
| CA DISABILITY | 3.60 | 20.11 |
| **TOTAL TAXES** | 49.50 | 284.22 |

Withholding Tax Information
Federal:  M-03
CA:  M-03

Direct Deposit
Account 1:  8551      550.50
Net Check:        0.00

| **Net Pay** | 550.50 | 3,066.87 |
|---|---|---|

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

Intuit
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll – Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK**    **\*VOID\***

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

**\*VOID\*VOID\*VOID\***

EXHIBIT 1-000000006

| Company 172.10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 2/16/07 | | Period BIWEEKLY | Beginning 1/28/07 | Ending 2/10/07 | Description Type | Rate | Hours | OT X | Current | Year to Date |

| | Earnings | Current | Year to Date |
|---|---|---|---|
| MAID BRIGADE | BONUS TEAM | 15.00 | 103.00 |
| 75 PELICAN WAY, STE H | HRLY OFF | 540.00 | 600.00 |
| SAN RAFAEL, CA 94901 | COMM TEAM | 53.38 | 336.41 |
| (415) 459-4992 | HRLY TEAM | | 43.13 |
| | GROSS TEAM | | 1,548.55 |
| VIRGINIA PEREZ | HOLID TEAM | | 120.00 |
| 23 FAIRFAX ST.   APT. #5D | TOTAL EARNINGS | 608.38 | 2,751.09 |
| SAN RAFAEL, CA  94901 | | | |

Home Lctn:  2
Home Dept:  6

**Withholding Tax Information**
Federal: M-03
CA:  M-03

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | | 7.74 |
| SOCIAL SECURITY | 37.72 | 170.57 |
| MEDICARE | 8.82 | 39.90 |
| CA DISABILITY | 3.65 | 16.51 |
| TOTAL TAXES | 50.19 | 234.72 |

**Direct Deposit**
Account 1:  8551        558.19
Net Check:        0.00

| Net Pay | 558.19 | 2,516.37 |
|---|---|---|

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

**intuit**
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll – Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK**    *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000007

| Company 172-10175 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check Date** 12/15/06 | **Period** BIWEEKLY | **Beginning** 11/26/06 | **Ending** 12/09/06 | | **Description** | **Type** | **Rate** | **Hours OT X** | **Current** | **Year to Date** |
| | | | | | Earnings | | | | | |
| MAID BRIGADE | | | | | HRLY TEAM | | | | 20.00 | 133.13 |
| 75 PELICAN WAY, STE H | | | | | GROSS TEAM | | | | 618.80 | 11,349.67 |
| SAN RAFAEL, CA 94901 | | | | | BONUS TEAM | | | | 20.00 | 636.00 |
| (415) 459-4992 | | | | | COMM TEAM | | | | 67.15 | 1,539.69 |
| | | | | | HOLID TEAM | | | | | 360.00 |
| VIRGINIA PEREZ | | | | | VAC TEAM | | | | | 660.00 |
| 23 FAIRFAX ST. APT. #5D | | Home Lctn: | 2 | | HRLY OFF | | | | | 1,301.25 |
| SAN RAFAEL, CA 94901 | | Home Dept: | 6 | | | | | TOTAL EARNINGS | 725.95 | 15,979.74 |
| Withholding Tax Information | | | | | Taxes | | | | | |
| Federal: M-03 | | | | | | | FEDERAL WITHHOLDING | | 3.75 | 44.49 |
| CA: M-03 | | | | | | | SOCIAL SECURITY | | 45.01 | 990.75 |
| | | | | | | | MEDICARE | | 10.53 | 231.70 |
| | | | | | | | CA DISABILITY | | 5.81 | 127.82 |
| Direct Deposit | | | | | | | TOTAL TAXES | | 65.10 | 1,394.76 |
| Account 1: 8551 | 660.85 | | | | | | | | | |
| Net Check: | 0.00 | | | | Net Pay | | | | 660.85 | 14,584.98 |

Visit Your Personal Compensation
Web Site on the Internet at
**http://www.cbspay.com/sdg**
Your User Name is YS3BQ4IZ
Your Password is
Your Social Security Number

intuit
Payroll Services

COMPLETE PAYROLL

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK**     *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST. APT. #5D
SAN RAFAEL, CA 94901
Serial # T001197 2000084 006 091215 152405 MM4

*VOID*VOID*VOID*    626 74.05
52

EXHIBIT 1-000000008

| Company 172-10171 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Check Date 10/20/06 | Period | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|

**Check Date 10/20/06** — **Period BIWEEKLY** — **Beginning 10/01/06** — **Ending 10/14/06**

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST. APT. #5D
SAN RAFAEL, CA 94901

SSN: 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
Home Lctn: 2
Home Dept: 6

| Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| BONUS TEAM | | | | 30.00 | 570.00 |
| HRLY TEAM | | | | | 106.88 |
| GROSS TEAM | | | | | 9,451.18 |
| HOLID TEAM | | | | | 300.00 |
| VAC TEAM | | | | | 660.00 |
| HRLY OFF | | | | | 1,301.25 |
| COMM TEAM | | | | | 1,256.49 |
| TOTAL EARNINGS | | | | 30.00 | 13,645.80 |
| **Taxes** | | | | | |
| FEDERAL WITHHOLDING | | | | | 40.74 |
| SOCIAL SECURITY | | | | 1.86 | 846.05 |
| MEDICARE | | | | 0.44 | 197.86 |
| CA DISABILITY | | | | 0.24 | 109.15 |
| TOTAL TAXES | | | | 2.54 | 1,193.80 |
| **Net Pay** | | | | 27.46 | 12,452.00 |

**Withholding Tax Information**
Federal: M-03
CA: M-03

**Direct Deposit**
Account 1: 8551    27.46
Net Check:    0.00

Intuit
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES        Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll – Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK    *VOID***

VIRGINIA PEREZ
23 FAIRFAX ST. APT. #5D
SAN RAFAEL, CA 94901
Serial # T001167 2000051 008 081018 134305 NRM

**\*VOID\*VOID\*VOID\***

EXHIBIT 1–000000009

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 10/06/06 | | Period BIWEEKLY | Beginning 9/17/06 | Ending 9/30/06 | Description Type | Rate | Hours OT X | | Current | Year to Date |

| | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| BONUS TEAM | 20.00 | 540.00 |
| HRLY OFF | 600.00 | 1,301.25 |
| HRLY TEAM | | 106.88 |
| GROSS TEAM | | 9,451.18 |
| HOLID TEAM | | 300.00 |
| VAC TEAM | | 660.00 |
| COMM TEAM | | 1,256.49 |
| TOTAL EARNINGS | 620.00 | 13,615.80 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | | 40.74 |
| SOCIAL SECURITY | 38.44 | 844.19 |
| MEDICARE | 8.99 | 197.42 |
| CA DISABILITY | 4.96 | 108.91 |
| TOTAL TAXES | 52.39 | 1,191.26 |
| **Net Pay** | 567.61 | 12,424.54 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:   2
Home Dept:   6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551        567.61
Net Check:         0.00

**VAC TEAM**
Taken:   168.00
Balance:   15.40

Intuit
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK — HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK    *VOID***

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

**\*VOID\*VOID\*VOID\***

EXHIBIT 1-000000010

| Company | Location | Department | Employee | Voucher | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 172-10173 | 2 | 6 | 1007 | 999999 | | | | | | |

| Check Date 9/22/06 | Period | Beginning | Ending | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| | BIWEEKLY | 9/03/06 | 9/16/06 | Earnings | | | | | |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

| Description Type | Current | Year to Date |
|---|---|---|
| GROSS TEAM | 65.71 | 9,451.18 |
| BONUS TEAM | 48.00 | 520.00 |
| HOLID TEAM | 60.00 | 300.00 |
| HRLY OFF | 420.00 | 701.25 |
| COMM TEAM | 28.90 | 1,256.49 |
| HRLY TEAM | | 106.88 |
| VAC TEAM | | 660.00 |
| TOTAL EARNINGS | 622.61 | 12,995.80 |

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA 94901

SSN: 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
Home Lctn:   2
Home Dept:   6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | | 40.74 |
| SOCIAL SECURITY | 38.60 | 805.75 |
| MEDICARE | 9.03 | 188.43 |
| CA DISABILITY | 4.98 | 103.95 |
| TOTAL TAXES | 52.61 | 1,138.87 |

**Direct Deposit**
Account 1:  8551       570.00
Net Check:              0.00

**VAC TEAM**
Taken:   168.00
Balance:  12.32

| Net Pay | 570.00 | 11,856.93 |
|---|---|---|

**Intuit**
*Payroll Services*

COMPLETE PAYROLL

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK          *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST. APT. #5D
SAN RAFAEL, CA 94901          *VOID*VOID*VOID*

EXHIBIT 1-000000011

| Company 172 10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 8/25/06 | | Period BIWEEKLY | Beginning 8/06/06 | Ending 8/19/06 | Description Type | Rate | Hours | OT X | | Current | Year to Date |

| | | |
|---|---|---|
| MAID BRIGADE 75 PELICAN WAY, STE H SAN RAFAEL, CA 94901 (415) 459-4992 | | |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| GROSS TEAM | 682.10 | 9,087.79 |
| BONUS TEAM | 50.00 | 454.00 |
| COMN TEAM | 48.11 | 1,131.88 |
| HRLY TEAM | | 106.88 |
| HOLID TEAM | | 240.00 |
| VAC TEAM | | 660.00 |
| HRLY OFF | | 101.25 |
| TOTAL EARNINGS | 780.21 | 11,781.80 |

| VIRGINIA PEREZ 23 FAIRFAX ST.  APT. #5D SAN RAFAEL, CA  94901 | SSN: 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 Home Lctn:    2 Home Dept:    6 |
|---|---|

**Taxes**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 9.18 | 40.74 |
| SOCIAL SECURITY | 48.37 | 730.48 |
| MEDICARE | 11.31 | 170.82 |
| CA DISABILITY | 6.24 | 94.24 |
| TOTAL TAXES | 75.10 | 1,036.28 |

**Withholding Tax Information**
Federal: M-03
CA: . M-03

| Direct Deposit | VAC TEAM |
|---|---|
| Account 1:  8551        705.11 Net Check:        0.00 | Taken:  168.00 Balance:   6.16 |

**Net Pay**

| | Current | Year to Date |
|---|---|---|
| Net Pay | 705.11 | 10,745.52 |

**Intuit**

*Payroll Services*

COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK -- HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
**75 PELICAN WAY, STE H**
**SAN RAFAEL, CA 94901**
**(415) 459-4992**

**THIS IS NOT A CHECK**      **\*VOID\***

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

**\*VOID\*VOID\*VOID\***

EXHIBIT 1-000000012

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|
| Check Date  6/30/06 | | Period BIWEEKLY | Beginning 6/11/06 | Ending 6/24/06 | Description Type    Rate    Hours  OT X | | Current | Year to Date |

| Description Type    Rate    Hours  OT X | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| GROSS TEAM | 589.88 | 7,374.97 |
| BONUS TEAM | 33.00 | 334.00 |
| COMM TEAM | 89.15 | 955.24 |
| HRLY TEAM | | 95.63 |
| HOLID TEAM | | 180.00 |
| VAC TEAM | | 60.00 |
| HRLY OFF | | 48.75 |
| TOTAL EARNINGS | 712.03 | 9,048.59 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | 2.36 | 30.65 |
| SOCIAL SECURITY | 44.15 | 561.02 |
| MEDICARE | 10.32 | 131.20 |
| CA DISABILITY | 5.70 | 72.38 |
| TOTAL TAXES | 62.53 | 795.25 |
| **Net Pay** | 649.50 | 8,253.34 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:      2
Home Dept:      6

**Withholding Tax Information**
Federal: M-03
CA: M-03

**Direct Deposit**
Account 1:  8551      649.50
Net Check:      0.00

VAC TEAM
Taken:   88.00
Balance:  78.16

EXHIBIT 1-000000013

| Company 122-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|
| Check Date 5/19/06 | | Period BIWEEKLY | Beginning 4/30/06 | Ending 5/13/06 | Description Type  Rate  Hours  OT X | | Current | Year to Date |

| | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| HRLY TEAM | 11.25 | 90.00 |
| GROSS TEAM | 626.41 | 5,681.57 |
| BONUS TEAM | 65.00 | 265.00 |
| COMN TEAM | 40.46 | 775.24 |
| HOLID TEAM | | 120.00 |
| TOTAL EARNINGS | 743.12 | 6,931.81 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | 5.47 | 25.51 |
| SOCIAL SECURITY | 46.07 | 429.78 |
| MEDICARE | 10.78 | 100.51 |
| CA DISABILITY | 5.94 | 55.45 |
| TOTAL TAXES | 68.26 | 611.25 |
| **Net Pay** | 674.86 | 6,320.56 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:  2
Home Dept:  6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551      674.86
Net Check:      0.00

VAC TEAM
Taken:   80.00
Balance:  77.00

**Intuit Payroll Services**
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES         Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK    *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000014

| Company 172-10173 | Location 2 | Department 6 | Employee 1002 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 4/21/06 | | Period BIWEEKLY | Beginning 4/02/06 | Ending 4/15/06 | Description Type | Rate | Hours | OT X | Current | Year to Date |

| Description Type | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| HRLY TEAM | 3.75 | 75.00 |
| GROSS TEAM | 447.79 | 4,470.15 |
| BONUS TEAM | 20.00 | 182.00 |
| COMM TEAM | 143.14 | 673.85 |
| HOLID TEAM | | 120.00 |
| TOTAL EARNINGS | 614.68 | 5,521.00 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | | 20.04 |
| SOCIAL SECURITY | 38.11 | 342.31 |
| MEDICARE | 8.91 | 80.05 |
| CA DISABILITY | 4.92 | 44.17 |
| TOTAL TAXES | 51.94 | 486.57 |
| **Net Pay** | 562.74 | 5,034.43 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:   2
Home Dept:   6

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551        562.74
Net Check:        0.00

VAC TEAM
Taken:    80.00
Balance:  70.84

**Intuit**
Payroll Services
COMPLETE PAYROLL

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

CBS Payroll – Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK   *VOID***

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

***VOID*VOID*VOID***

EXHIBIT 1-000000015

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date  4/07/06 | | Period BIWEEKLY | Beginning 3/19/06 | Ending 4/01/06 | Description Type | Rate | Hours | OT | X | Current | Year to Date |

**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

| | Earnings | | |
|---|---|---|---|
| HRLY TEAM | | 3.75 | 71.25 |
| GROSS TEAM | | 630.92 | 4,022.36 |
| BONUS TEAM | | 20.00 | 162.00 |
| COMM TEAM | | 85.32 | 530.71 |
| HOLID TEAM | | | 120.00 |
| TOTAL EARNINGS | | 739.99 | 4,906.32 |

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

| | Taxes | | |
|---|---|---|---|
| FEDERAL WITHHOLDING | | 5.15 | 20.04 |
| SOCIAL SECURITY | | 45.88 | 304.20 |
| MEDICARE | | 10.73 | 71.14 |
| CA DISABILITY | | 5.92 | 39.25 |
| TOTAL TAXES | | 67.68 | 434.63 |

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

| Direct Deposit | | |
|---|---|---|
| Account 1:  8551 | 672.31 | |
| Net Check: | 0.00 | |

| VAC TEAM | |
|---|---|
| Taken: | 80.00 |
| Balance: | 67.76 |

| Net Pay | | |
|---|---|---|
| 672.31 | 4,471.69 |

**Intuit**
*Payroll Services*
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK — HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

**THIS IS NOT A CHECK**      **\*VOID\***

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

**\*VOID\*VOID\*VOID\***

EXHIBIT 1-000000016

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | |
|---|---|---|---|---|---|---|---|---|
| Check Date 2/10/06 | Period BIWEEKLY | Beginning 1/22/06 | Ending 2/04/06 | | Description Type  Rate  Hours  OT X | | Current | Year to Date |

| Description | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| HRLY TEAM | 48.75 | 48.75 |
| GROSS TEAM | 534.68 | 1,587.90 |
| BONUS TEAM | 18.00 | 84.00 |
| COMM TEAM | 55.76 | 254.16 |
| HOLID TEAM | | 120.00 |
| TOTAL EARNINGS | 657.19 | 2,094.81 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | | 7.59 |
| SOCIAL SECURITY | 40.75 | 129.88 |
| MEDICARE | 9.53 | 30.37 |
| CA DISABILITY | 5.26 | 16.76 |
| TOTAL TAXES | 55.54 | 184.60 |
| **Net Pay** | 601.65 | 1,910.21 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

**Withholding Tax Information**
Federal: M-03
CA:  M-03

**Direct Deposit**
Account 1:  8551        601.65
Net Check:        0.00

VAC TEAM
Taken:    80.00
Balance:  55.44

Intuit
*Payroll Services*
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK — HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK    *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000017

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 1/27/06 | | Period BIWEEKLY | Beginning 1/08/06 | Ending 1/21/06 | Description Type | Rate | Hours | OT X | Current | Year to Date |
| | | | | | Earnings | | | | | |
| MAID BRIGADE 75 PELICAN WAY, STE H SAN RAFAEL, CA 94901 (415) 459-4992 | | | | | GROSS TEAM | | | | 572.06 | 1,053.22 |
| | | | | | BONUS TEAM | | | | 48.00 | 66.00 |
| | | | | | COMM TEAM | | | | 53.21 | 198.40 |
| | | | | | HOLID TEAM | | | | | 120.00 |
| | | | | | TOTAL EARNINGS | | | | 673.27 | 1,437.62 |
| VIRGINIA PEREZ 23 FAIRFAX ST.  APT. #5D SAN RAFAEL, CA  94901 | | SSN: 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 Home Lctn:    2 Home Dept:    6 | | | Taxes | | | | | |
| | | | | | FEDERAL WITHHOLDING | | | | | 7.59 |
| | | | | | SOCIAL SECURITY | | | | 41.74 | 89.13 |
| Withholding Tax Information Federal: M-03 CA:  M-03 | | | | | MEDICARE | | | | 9.76 | 20.84 |
| | | | | | CA DISABILITY | | | | 5.39 | 11.50 |
| | | | | | TOTAL TAXES | | | | 56.89 | 129.06 |
| | | | | | Net Pay | | | | 616.38 | 1,308.56 |
| Direct Deposit Account 1:  8551        616.38 Net Check:          0.00 | | VAC TEAM Taken:      80.00 Balance:     52.36 | | | | | | | | |

Intuit

Payroll Services

COMPLETE PAYROLL

EXHIBIT 1-000000018

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|
| Check Date 12/30/05 | | Period | Beginning | Ending | Description Type    Rate    Hours   OT X | | Current | Year to Date |

| Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| GROSS TEAM | | | | 685.21 | 16,242.94 |
| BONUS TEAM | | | | 20.00 | 1,004.00 |
| COMM TEAM | | | | 69.68 | 1,093.18 |
| HRLY TEAM | | | | | 399.39 |
| HOLID TEAM | | | | | 300.00 |
| VAC TEAM | | | | | 600.00 |
| HRLY OFF | | | | | 438.13 |
| TOTAL EARNINGS | | | | 774.89 | 20,077.64 |
| **Taxes** | | | | | |
| FEDERAL WITHHOLDING | | | | 9.80 | 273.61 |
| SOCIAL SECURITY | | | | 48.04 | 1,244.84 |
| MEDICARE | | | | 11.24 | 291.14 |
| CA WITHHOLDING | | | | | 8.97 |
| CA DISABILITY | | | | 8.37 | 216.83 |
| TOTAL TAXES | | | | 77.45 | 2,035.39 |
| **Net Pay** | | | | 697.44 | 18,042.25 |

Period: BIWEEKLY    Beginning 12/11/05    Ending 12/24/05

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:   2
Home Dept:   6

**Withholding Tax Information**
Federal: M-03
CA:  M-03

**Direct Deposit**
Account 1: 8551       697.44
Net Check:        0.00

VAC TEAM
Taken:      80.00
Balance:    46.20

**Intuit**
Payroll Services

COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK — HOLD AT AN ANGLE TO VIEW

CBS Payroll — Disbursement Agent For
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK    *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.   APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000019

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|
| Check Date 12/16/05 | | Period BIWEEKLY | Beginning 11/27/05 | Ending 12/10/05 | Description Type  Rate    Hours  OT X | | Current | Year to Date |

| Description Type | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| GROSS TEAM | 668.95 | 15,557.73 |
| BONUS TEAM | 35.00 | 984.00 |
| HRLY OFF | 22.50 | 438.13 |
| COMM TEAM | 40.46 | 1,023.50 |
| HRLY TEAM | | 399.39 |
| HOLID TEAM | | 300.00 |
| VAC TEAM | | 600.00 |
| TOTAL EARNINGS | 766.91 | 19,302.75 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:     2
Home Dept:     6

**Withholding Tax Information**
Federal: M-03
CA: M-03

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 9.00 | 263.81 |
| SOCIAL SECURITY | 47.55 | 1,196.80 |
| MEDICARE | 11.12 | 279.90 |
| CA WITHHOLDING | | 8.97 |
| CA DISABILITY | 8.28 | 208.46 |
| TOTAL TAXES | 75.95 | 1,957.94 |

**Direct Deposit**
Account 1:  8551      690.96
        Net Check:     0.00

VAC TEAM
Taken:      80.00
Balance:    43.12

| Net Pay | 690.96 | 17,344.81 |
|---|---|---|

**Intuit**
Payroll Services
COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES        Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK -- HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK    *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000020

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Check Date 12/02/05 | Period BIWEEKLY | Beginning 11/13/05 | Ending 11/26/05 | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Earnings | | | | | |
| MAID BRIGADE | | | | HRLY TEAM | | | | 3.75 | 399.39 |
| 75 PELICAN WAY, STE H | | | | GROSS TEAM | | | | 535.54 | 14,888.78 |
| SAN RAFAEL, CA 94901 | | | | BONUS TEAM | | | | 20.00 | 949.00 |
| (415) 459-4992 | | | | HOLID TEAM | | | | 60.00 | 300.00 |
| | | | | COMM TEAM | | | | 43.18 | 983.04 |
| VIRGINIA PEREZ | | SSN: 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 | | VAC TEAM | | | | | 600.00 |
| 23 FAIRFAX ST.  APT. #5D | | Home Lctn: 2 | | HRLY OFF | | | | | 415.63 |
| SAN RAFAEL, CA  94901 | | Home Dept: 6 | | TOTAL EARNINGS | | | | 662.47 | 18,535.84 |

| Withholding Tax Information | Taxes | | |
|---|---|---|---|
| Federal:  M-03 | FEDERAL WITHHOLDING | | 254.81 |
| CA:  M-03 | SOCIAL SECURITY | 41.07 | 1,149.25 |
| | MEDICARE | 9.61 | 268.78 |
| | CA WITHHOLDING | | 8.97 |
| Direct Deposit | VAC TEAM | CA DISABILITY | 7.15 | 200.18 |
| Account 1:  8551         604.64 | Taken:     80.00 | TOTAL TAXES | 57.83 | 1,881.99 |
| Net Check:         0.00 | Balance:   40.04 | | | |

EXHIBIT 1-000000021

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Voucher 999999 | VIRGINIA PEREZ | | | |
|---|---|---|---|---|---|---|---|---|
| Check Date 10/21/05 | Period | Beginning 10/02/05 | Ending 10/15/05 | Description Type | Rate | Hours  OT X | Current | Year to Date |
| | BIWEEKLY | | | Earnings | | | | |
| MAID BRIGADE 75 PELICAN WAY, STE H SAN RAFAEL, CA 94901 (415) 459-4992 | | | | HRLY TEAM | | | 11.25 | 371.26 |
| | | | | GROSS TEAM | | | 622.07 | 13,188.99 |
| | | | | BONUS TEAM | | | 35.00 | 861.00 |
| | | | | COMM TEAM | | | 137.19 | 807.03 |
| | | | | HOLID TEAM | | | | 240.00 |
| VIRGINIA PEREZ 23 FAIRFAX ST.   APT. #5D SAN RAFAEL, CA  94901 | | SSN: 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 Home Lctn:    2 Home Dept:   6 | | VAC TEAM | | | | 600.00 |
| | | | | HRLY OFF | | | | 415.63 |
| | | | | TOTAL EARNINGS | | | 805.51 | 16,483.91 |
| Withholding Tax Information Federal:  M-03 CA:  M-03 | | | | Taxes | | | | |
| | | | | FEDERAL WITHHOLDING | | | 12.86 | 246.91 |
| | | | | SOCIAL SECURITY | | | 49.94 | 1,022.03 |
| | | | | MEDICARE | | | 11.68 | 239.02 |
| | | | | CA WITHHOLDING | | | | 8.97 |
| Direct Deposit Account 1:  8551          722.33 Net Check:        0.00 | | VAC TEAM Taken:    80.00 Balance:   30.80 | | CA DISABILITY | | | 8.70 | 178.03 |
| | | | | TOTAL TAXES | | | 83.18 | 1,694.96 |
| | | | | Net Pay | | | 722.33 | 14,788.95 |

Intuit

COMPLETE PAYROLL

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK — HOLD AT AN ANGLE TO VIEW

CBS Payroll -- Disbursement Agent For
**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

THIS IS NOT A CHECK   *VOID*

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

*VOID*VOID*VOID*

EXHIBIT 1-000000022



| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 104261 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 2/25/05 | Period WEEKLY | Beginning 2/13/05 | Ending 2/19/05 | | Description Type | Rate | Hours | OT X | Current | Year to Date |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

| Earnings | | |
|---|---|---|
| GROSS TEAM | 355.64 | 2,698.41 |
| BONUS TEAM | 10.00 | 155.00 |
| HRLY TEAM | | 22.50 |
| HOLID TEAM | | 60.00 |
| TOTAL EARNINGS | 365.64 | 2,935.91 |

VIRGINIA PEREZ
75 CANAL #C4
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

| Taxes | | |
|---|---|---|
| FEDERAL WITHHOLDING | 2.72 | 26.55 |
| SOCIAL SECURITY | 22.67 | 182.03 |
| MEDICARE | 5.30 | 42.57 |
| CA DISABILITY | 3.95 | 31.71 |
| TOTAL TAXES | 34.64 | 282.86 |

Withholding Tax Information
Federal:  M-03
CA:  M-03

| Net Pay | 331.00 | 2,653.05 |
|---|---|---|

VAC TEAM
Taken:    0.00
Balance:   58.71

**Intuit**
*Payroll Services*

COMPLETE PAYROLL

EXHIBIT 1-000000023

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 429602 | VIRGINIA PEREZ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 1/14/05 | | Period WEEKLY | Beginning 1/02/05 | Ending 1/08/05 | Description Type | Rate | Hours | OT | X | Current | Year to Date |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

| Earnings | | | |
|---|---|---|
| GROSS TEAM | 344.08 | 635.12 |
| BONUS TEAM | 40.00 | 50.00 |
| HOLID TEAM | | 60.00 |
| TOTAL EARNINGS | 384.08 | 745.12 |

| VIRGINIA PEREZ | SSN: 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 |
|---|---|
| 75 CANAL #C4 | Home Lctn: 2 |
| SAN RAFAEL, CA 94901 | Home Dept: 6 |

Withholding Tax Information
Federal: M-03
CA: M-03

| Taxes | | |
|---|---|---|
| FEDERAL WITHHOLDING | 4.56 | 6.82 |
| SOCIAL SECURITY | 23.81 | 46.19 |
| MEDICARE | 5.57 | 10.81 |
| CA DISABILITY | 4.15 | 8.05 |
| TOTAL TAXES | 38.09 | 71.87 |

| Net Pay | 345.99 | 673.25 |
|---|---|---|

VAC TEAM
Taken:    0.00
Balance:  49.47

**Intuit**

COMPLETE PAYROLL

EXHIBIT 1-000000024

| Company 172-10172 | Location 2 | Department 6 | Employee 1007 | Check # 425159 | VIRGINIA PEREZ | | |
|---|---|---|---|---|---|---|---|

| Check Date 12/10/04 | | Period WEEKLY | Beginning 11/28/04 | Ending 12/04/04 | Description Type    Rate    Hours  OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| | | | | | **Earnings** | | |
| MAID BRIGADE | | | | | HRLY TEAM | 11.87 | 1,703.06 |
| 75 PELICAN WAY, STE H | | | | | GROSS TEAM | 315.69 | 9,656.09 |
| SAN RAFAEL, CA 94901 | | | | | BONUS TEAM | 55.00 | 550.00 |
| (415) 459-4992 | | | | | HOLID TEAM | | 240.00 |
| | | | | | VAC TEAM | | 300.00 |
| | | | | | TOTAL EARNINGS | 382.56 | 12,449.15 |
| VIRGINIA PEREZ | | SSN: 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 | | | **Taxes** | | |
| 78 NOVATO #36 | | Home Lctn:    2 | | | FEDERAL WITHHOLDING | 4.99 | 78.48 |
| SAN RAFAEL, CA  94901 | | Home Dept:    6 | | | SOCIAL SECURITY | 23.72 | 771.86 |
| | | | | | MEDICARE | 5.55 | 180.50 |
| **Withholding Tax Information** | | | | | CA WITHHOLDING | | 2.16 |
| Federal:  M-03 | | | | | CA DISABILITY | 4.51 | 146.89 |
| CA:  M-03 | | | | | TOTAL TAXES | 38.77 | 1,179.89 |
| | | | | | **Deductions** | | |
| | | | VAC TEAM | | ADVANCE | | -250.00 |
| | | | Taken:    0.00 | | TOTAL DEDUCTIONS | | -250.00 |
| | | | Balance:   41.77 | | | | |
| | | | | | **Net Pay** | 343.79 | 11,019.26 |

Intuit

COMPLETE PAYROLL

EXHIBIT 1-000000025



| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 424202 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 12/03/04 | | Period WEEKLY | Beginning 11/21/04 | Ending 11/27/04 | Description Type | Rate | Hours OT X | | Current | Year to Date |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

Withholding Tax Information
Federal:  M-03
CA:  M-03

| Description | Current | Year to Date |
|---|---|---|
| **Earnings** | | |
| GROSS TEAM | 224.40 | 9,340.40 |
| BONUS TEAM | 10.00 | 495.00 |
| HOLID TEAM | 60.00 | 240.00 |
| HRLY TEAM | | 1,691.19 |
| VAC TEAM | | 300.00 |
| TOTAL EARNINGS | 294.40 | 12,066.59 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | | 73.49 |
| SOCIAL SECURITY | 18.25 | 748.14 |
| MEDICARE | 4.27 | 174.95 |
| CA WITHHOLDING | | 2.16 |
| CA DISABILITY | 3.47 | 142.38 |
| TOTAL TAXES | 25.99 | 1,141.12 |
| **Deductions** | | |
| ADVANCE | | -250.00 |
| TOTAL DEDUCTIONS | | -250.00 |
| **Net Pay** | 268.41 | 10,675.47 |

VAC TEAM
Taken:    0.00
Balance:  40.23

Intuit

COMPLETE PAYROLL

EXHIBIT 1-000000026

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 421198 | VIRGINIA PEREZ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 11/12/04 | | Period WEEKLY | Beginning 10/31/04 | Ending 11/06/04 | Description Type | Rate | Hours | OT X | | Current | Year to Date | |

| Earnings | Current | Year to Date |
|---|---|---|
| GROSS TEAM | 311.73 | 8,526.95 |
| BONUS TEAM | 55.00 | 465.00 |
| HRLY TEAM | | 1,685.56 |
| HOLID TEAM | | 180.00 |
| VAC TEAM | | 300.00 |
| TOTAL EARNINGS | 366.73 | 11,157.51 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA 94901

SSN: 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
Home Lctn: 2
Home Dept: 6

Withholding Tax Information
Federal: M-03
CA: M-03

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 3.40 | 72.69 |
| SOCIAL SECURITY | 22.74 | 691.78 |
| MEDICARE | 5.32 | 161.77 |
| CA WITHHOLDING | | 2.16 |
| CA DISABILITY | 4.33 | 131.66 |
| TOTAL TAXES | 35.79 | 1,060.06 |

VACATION
Taken: 0.00
Balance: 35.61

| Deductions | Current | Year to Date |
|---|---|---|
| ADVANCE | | -250.00 |
| TOTAL DEDUCTIONS | | -250.00 |

| Net Pay | 330.94 | 9,847.45 |

Intuit

COMPLETE PAYROLL

EXHIBIT 1-000000027

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 413928 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date  9/17/04 | Period | | Beginning | Ending | Description Type | Rate | Hours | OT X | Current | Year to Date |
| | WEEKLY | | 9/05/04 | 9/11/04 | Earnings | | | | | |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

| Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|
| HRLY TEAM | | | | 14.37 | 1,663.05 |
| GROSS TEAM | | | | 280.87 | 6,171.63 |
| BONUS TEAM | | | | 10.00 | 316.00 |
| HOLID TEAM | | | | 60.00 | 180.00 |
| VAC TEAM | | | | | 300.00 |
| TOTAL EARNINGS | | | | 365.24 | 8,630.68 |

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

Withholding Tax Information
Federal: M-03
CA: M-03

| Taxes | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 3.25 | 60.64 |
| SOCIAL SECURITY | 22.64 | 535.11 |
| MEDICARE | 5.30 | 125.13 |
| CA WITHHOLDING | | 2.16 |
| CA DISABILITY | 4.31 | 101.84 |
| TOTAL TAXES | 35.50 | 824.88 |

| Deductions | Current | Year to Date |
|---|---|---|
| ADVANCE | | -250.00 |
| TOTAL DEDUCTIONS | | -250.00 |

| Net Pay | 329.74 | 7,555.80 |
|---|---|---|

Intuit

COMPLETE PAYROLL

EXHIBIT 1-000000028

| Company 172-10173 | Location 2 | Department 6 | Employee 1007 | Check # 406117 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Check Date 7/16/04 | Period WEEKLY | Beginning 7/04/04 | Ending 7/10/04 | | Description Type | Rate | Hours OT X | | Current | Year to Date |

**MAID BRIGADE**
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    6

**Withholding Tax Information**
Federal: M-03
CA: M-03

| Earnings | Current | Year to Date |
|---|---|---|
| GROSS TEAM | 278.24 | 3,602.72 |
| BONUS TEAM | 10.00 | 230.00 |
| HOLID TEAM | 60.00 | 120.00 |
| HRLY TEAM | | 1,609.31 |
| VAC TEAM | | 300.00 |
| TOTAL EARNINGS | 348.24 | 5,862.03 |
| **Taxes** | | |
| FEDERAL WITHHOLDING | 1.55 | 55.88 |
| SOCIAL SECURITY | 21.59 | 363.46 |
| MEDICARE | 5.05 | 84.98 |
| CA WITHHOLDING | | 2.16 |
| CA DISABILITY | 4.11 | 69.17 |
| TOTAL TAXES | 32.30 | 575.65 |
| **Deductions** | | |
| ADVANCE | | -250.00 |
| TOTAL DEDUCTIONS | | -250.00 |
| **Net Pay** | 315.94 | 5,036.38 |

Payroll by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

EXHIBIT 1-000000029

| Company 172-10373 | Location 2 | Department 6 | Employee 1007 | Check # 404452 | VIRGINIA PEREZ | | | |
|---|---|---|---|---|---|---|---|---|
| Check Date 7/02/04 | | Period WEEKLY | Beginning 6/20/04 | Ending 6/26/04 | Description Type   Rate   Hours   OT X | | CU | Year to Date |

**Earnings**

| Description | | Current | Year to Date |
|---|---|---|---|
| GROSS TEAM | | 352.32 | 2,973.28 |
| BONUS TEAM | | 25.00 | 210.00 |
| HRLY TEAM | | | 1,602.44 |
| HOLID TEAM | | | 60.00 |
| VAC TEAM | | | 300.00 |
| TOTAL EARNINGS | | 377.32 | 5,145.72 |

MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:   2
Home Dept:   6

**Withholding Tax Information**
Federal: M-03
CA:  M-03

**Taxes**

| | Current | Year to Date |
|---|---|---|
| FEDERAL WITHHOLDING | 4.46 | 50.79 |
| SOCIAL SECURITY | 23.39 | 319.05 |
| MEDICARE | 5.47 | 74.59 |
| CA WITHHOLDING | | 2.16 |
| CA DISABILITY | 4.45 | 60.72 |
| TOTAL TAXES | 37.77 | 507.31 |

**Deductions**

| | Current | Year to Date |
|---|---|---|
| ADVANCE | | -250.00 |
| TOTAL DEDUCTIONS | | -250.00 |

| Net Pay | 339.55 | 4,388.41 |
|---|---|---|

EXHIBIT 1-000000030

| Company 172-10173 | Location 2 | Department 2 | Employee 1007 | Check # 468937 | VIRGINIA PEREZ | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Check Date: 5/07/04 | Period Ending: 5/01/04 | WEEKLY |
|---|---|---|

| Description Type | Rate | Hours | OT | X | Current | Year to Date |
|---|---|---|---|---|---|---|
| **Earnings** | | | | | | |
| GROSS PAY | | | | | 314.21 | 604.00 |
| BONUS | | | | | 10.00 | 85.00 |
| HOURLY | | | | | | 1,562.82 |
| TOTAL EARNINGS | | | | | 324.21 | 2,251.82 |
| **Taxes** | | | | | | |
| FEDERAL WITHHOLDING | | | | | | 18.66 |
| SOCIAL SECURITY | | | | | 20.10 | 139.62 |
| MEDICARE | | | | | 4.70 | 32.64 |
| CA DISABILITY | | | | | 3.83 | 26.58 |
| TOTAL TAXES | | | | | 28.63 | 217.50 |
| **Net Pay** | | | | | 295.58 | 2,034.32 |

MAID BRIGADE
75 PELICAN WAY SUITE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
78 NOVATO #36
SAN RAFAEL, CA  94901

SSN: 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
Home Lctn:    2
Home Dept:    2

**Withholding Tax Information**
Federal:  M-03
CA:  M-03

EXHIBIT 1-000000031

| Company 172-10173 | Location 2 | Department 2 | Employee 1007 | Check # 465737 | VIRGINIA PEREZ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Check Date: 4/16/04 | Period Ending: 4/10/04 WEEKLY | Description Type | Rate | Hours | OT X | Current | Year to Date |
|---|---|---|---|---|---|---|---|

| | **Earnings** | | | |
|---|---|---|---|---|

MAID BRIGADE
75 PELICAN WAY SUITE H
SAN RAFAEL, CA 94901
(415) 459-4992

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 439.12 | 1,199.95 |
| BONUS | 25.00 | 40.00 |
| **TOTAL EARNINGS** | 464.12 | 1,239.95 |

| **Taxes** | | |
|---|---|---|
| FEDERAL WITHHOLDING | 13.14 | 13.14 |
| SOCIAL SECURITY | 28.78 | 76.88 |
| MEDICARE | 6.73 | 17.97 |
| CA DISABILITY | 5.48 | 14.63 |
| **TOTAL TAXES** | 54.13 | 122.62 |

VIRGINIA PEREZ                SSN: 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
78 NOVATO #36                 Home Lctn:      2
SAN RAFAEL, CA  94901         Home Dept:      2

| **Net Pay** | 409.99 | 1,117.33 |
|---|---|---|

**Withholding Tax Information**
Federal: M-03
CA: M-03

Payrolls by INTUIT PAYROLL SERVICES          Copyright 2002 Intuit, Inc.

EXHIBIT 1-000000032

To Open This Side - Slide Finger Under This Edge

172-10173 L:000002 D:000006 E:01007 V:999999
MAID BRIGADE
75 PELICAN WAY, STE H
SAN RAFAEL, CA 94901
(415) 459-4992

VIRGINIA PEREZ
23 FAIRFAX ST.  APT. #5D
SAN RAFAEL, CA  94901

ENDORSE HERE

X

IF YOU CANNOT SEE THE "PROTECTED" WATERMARK
DO NOT CASH THIS CHECK
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE * *

EXHIBIT 1-000000033