Alan Harris (SBN 146079)
David S. Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. C 07-3473 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR RE-ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the re-assignment of this case to a United States District Judge.

DATED: August 2, 2007                                    HARRIS & RUBLE


                                                          /s/ Alan Harris
                                                          Alan Harris
                                                          *Attorneys for Plaintiff*

# PROOF OF SERVICE

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On August 2, 2007, I served the within document(s): **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR RE-ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as follows:

Bruce Abbott
Agent for Service of Process for BMJ, LLC
75 Pelican Way, Suite H
San Rafael, California 94901

I served the above document(s) via United States District Court Electronic Filing Service as set forth below:

Paul M. Macias
Ragghianti Freitas LLP
874 Fourth Street, Suite D
San Rafael, California 94901

I declare under penalty of perjury that the above is true and correct. Executed on August 2, 2007, at Los Angeles, California.

                                                /s/ David Zelenski
                                                David Zelenski