UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Virginia Perez,

        Plaintiff(s).                 No. C07-3473 BZ

    v.                               NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Maid Brigade, Inc., et al.,

        Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set on **October 29, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: August 3, 2007

                                      Richard W. Wieking, Clerk
                                      United States District Court

                                      *Lashanda Scott*
                                      _____
                                      By: Lashanda Scott - Deputy Clerk to
                                      Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Virginia Perez,

       Plaintiff(s).

  v.

Maid Brigade, Inc., et al.,

       Defendant(s).
_____/

No. C07-3473 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

      (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

      (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      The Case Management Conference set on **October 29, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: August 3, 2007

                                      Richard W. Wieking, Clerk
                                      United States District Court

                                      *Lashanda Scott*
                                      By: Lashanda Scott - Deputy Clerk to
                                      Magistrate Judge Bernard Zimmerman

reassign.DCT