# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Virginia Perez, individually and on behalf of all others similarly situated,

V.

Maid Brigade, Inc., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 3473

BZ



TO: (Name and address of defendant)

BMJ LLC
75 Pelican Way, Suite H
San Rafael, California 94901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE  JUL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE July 5, 2007 |
| Name of SERVER David S. Harris | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Maid Brigade on Bruce Abbott 75 Pelican Way #H San Rafael CA 94901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | No Service Fees | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 5, 2007
Date

Signature of Server

901 Irwin St., San Rafael
California 94901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure