# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Virginia Perez, individually and on behalf of all others similarly situated,

v.

Maid Brigade, Inc., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company

**SUMMONS IN A CIVIL CASE** BZ

CASE NUMBER:

C 07  3473



TO: (Name and address of defendant)

Maid Brigade, Inc.
4 Concourse Parkway, Suite 200
Atlanta, Georgia 30328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

ANNA SPRINKLES

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    DATE 7/23/07

Name of SERVER: Christopher Stanton    TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 4 Concourse Pkwy, Ste 200, Atlanta GA 30328 by handing to Amelia Vardell, Authorized agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/07
Date

Signature of Server

PO Box 7710, Atlanta GA 30357
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
STATE OF CALIFORNIA

| | |
|---|---|
| VIRIGNIA PEREZ, etc. | |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| MAID BRIGADE, INC., et al. | CASE NO.: C07-3473 |
| Defendant. | |

### AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served MAID BRIGADDE, INC. with the below-listed documents in this matter,

at 4 CONCOURSE PKWY, 200, ATLANTA, GA 30328,

on July 23, 2007, at 3:10 PM:

SUMMONS/COMPLAINT

Said documents were served by handing to AMELIA VARDELL, authorized agent.

2.

CHRISTOPHER S. STANTON

Sworn to and subscribed
before me this the 25th day
of July, 2007.

Notary Public

[Notary seal: ADRIENNE LEWIS, NOTARY, EXPIRES OCT. 25, 2010, GEORGIA, DEKALB COUNTY, PUBLIC]