1  James Bowles, Esq. (SBN 089383)
   Hill, Farrer & Burrill
2  One California Plaza – 37th Floor
   300 S. Grand Avenue
3  Los Angeles, CA 90071-3147
   Telephone: (213) 620-0460
4  Facsimile: (213) 624-4840

5  Attorney for
   MAID BRIGADE, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | VIRGINIA PEREZ, individually, and on           Case No.: C-07-3473 (SI)
   | behalf of all others similarly situated,
12 |
   |                    Plaintiff,                  CERTIFICATION OF INTERESTED
13 |                                                ENTITIES OR PERSONS
   |         v.
14 |
   | MAID BRIGADE, INC., a Delaware
15 | Corporation, and BMJ LLC, a California
   | Limited Liability Company,
16 |
   |                    Defendants.
17

18

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21 persons, associations of persons, firms, partnerships, corporations (including parent

22 corporations), or other entities (i) have a financial interest (of any kind) in the subject

23 matter in controversy, or in a party to the proceeding; or (ii) have a non-financial

24 interest in that subject matter or in a party that could be substantially affected by the

25 outcome of this proceeding:

26       Donald M. Hay, 3400 Ravenwood Lane, Miramar Beach, FL 22550

27       J. Barton Puett, 4638 Devonshire Road, Dunwoody, Georgia 30338

28

1  | Mr. Hay and Mr. Puett own all of the outstanding capital stock of Maid Brigade,
2  | Inc.
3  |
4  | This  /0Th  day of August, 2007.
5  |
6  |
7  |                                              *[signature]*
   |                                              James Bowles, Esq.
8  |                                              California Bar No.: 089383
9  |                                              Hill, Farrer & Burrill
   |                                              One California Plaza – 37th Floor
10 |                                              300 S. Grand Avenue
   |                                              Los Angeles, CA 90071-3147
11 |                                              Telephone: (213) 620-0460
   |                                              Facsimile: (213) 624-4840
12 |                                              Email: jbowles@hillfarrer.com
13 | Application for admission
14 | Pro hac vice pending
15 | Daniel M. Shea
16 | Paul R. Beshears
   | Michelle W. Johnson
17 | NELSON MULLINS RILEY & SCARBOROUGH LLP
18 | 999 Peachtree Street, Suite 1400
   | Atlanta, Georgia 30309
19 | Telephone: (404) 817-6000
20 | Facsimile: (404) 817-6050
21 | Attorneys for Defendant Maid Brigade, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similary situated,<br><br>            plaintiff,<br><br>    v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>            defendants. | Case No.: C-07-3473 (SI)<br><br>CERTIFICATE OF SERVICE |

I hereby certify that I have this day served the within and foregoing CERTIFICATION OF INTERESTED ENTITIES OR PERSONS by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Mr. Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA  90069

This 10th day of August, 2007.

/s/ James Bowles
James Bowles, Esq.
California Bar No.: 089383

Hill, Farrer & Burrill
One California Plaza – 37th Floor
300 S. Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620 0460
Facsimile: (213) 624-4840
Email: jbowles@hillfarrer.com