Alan Harris (SBN 146079)
David Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: 323.931.3777
Facsimile: 323.931.3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MAID BRIGADE, INC., et al.,<br><br>　　　　　　Defendants. | Case No. c-07-3473 (SI)<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES**<br><br>*Assigned to Hon. Susan Illston* |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no interest to report.

DATED: August 14, 2007　　　　　　　　　　　　　　　　HARRIS & RUBLE


　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Alan Harris
　　　　　　　　　　　　　　　　　　　　　　　　　　Alan Harris
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **PROOF OF SERVICE**

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On August 14, 2007, I served the within document(s): **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES**.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on the same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as follows:

Paul M. Macias
Ragghianti Freitas LLP
874 Pelican Way, Suite H
San Rafael, California 94901

I served the above document(s) via United States District Court Electronic Filing Service as set forth below:

James Bowles
Hill, Farrer & Burrill
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, California 90071

I declare under penalty of perjury that the above is true and correct. Executed on August 14, 2007, at Los Angeles, California.

                                        /s/ David Zelenski
                                        David Zelenski