UNITED STATES DISTRICT COURT

Northern District of California

VIRGINIA PEREZ, individually,
and on behalf of all others similarly
situated,

Plaintiff(s),

v.

MAID BRIGADE, INC., a Delaware
Corporation, and BMJ LLC, a California
Limited Liability Company,

Defendant(s).

CASE NO. C-07-3473 (SI)

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Daniel M. Shea , an active member in good standing of the bar of

The Supreme Court of Georgia whose business address and telephone number

(particular court to which applicant is admitted)

is

Nelson Mullins Riley & Scarborough, LLP, 999 Peachtree St., N.E., Suite 1400, Atlanta, Georgia 30309; telephone (404) 817-6229

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Maid Brigade, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/13/0Y

United States District    Judge
Susan Y. Illston

UNITED STATES DISTRICT COURT
For the Northern District of California