1  PATRICK M. MACIAS (SBN 118167)
2  SARAH N. LÉGER (SBN 226877)
   RAGGHIANTI FREITAS LLP
3  874 Fourth Street
   San Rafael, California 94901
4  Telephone:  (415) 453-9433
   Facsimile:    (415) 453-8269
5
   Attorneys for Defendant
6  BMJ LLC

7

8

                        **UNITED STATES DISTRICT COURT**
9
                        **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  VIRGINIA PEREZ, individually and on  ) CASE NO. C 07 3473 SI
    behalf of all others similarly situated,  )
13                                      )   **CERTIFICATION OF INTERESTED**
                  Plaintiff,            )   **ENTITIES OR PERSONS**
14                                      )   **[CIVIL L.R. 3-16]**
           v.                           )
15                                      )
    MAID BRIGADE, INC., a Delaware      )
16  Corporation, and BMJ LLC, a California )
    Limited Liability Company,          )
17                                      )
                                        )
18                Defendants.           )
                                        )
19                                      )
                                        )
20                                      )

21

22

23      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

24  persons, firms, partnerships, corporations (including parent corporations) or other entities

25  (i) have a financial interest in the subject matter in controversy or in a party to the

26  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

27  could be substantially affected by the outcome of this proceeding:

28      Bruce Abbott, 75 Pelican Way, Ste. H, San Rafael, California 94901

Mr. Abbott is the sole member of BMJ LLC.

Dated: August 14, 2007                    RAGGHIANTI FREITAS LLP


By: /s/_____
         Patrick M. Macias

Attorneys for Defendant
BMJ LLC