# SIGNATURE PAGE EXHIBIT

1    3.    Attached hereto as **Exhibit A** is a true and correct copy of the employment

2 agreement executed by Virginia Perez (with English language translation) in connection

3 with her employment at Maid Brigade of Marin County.  Said agreement is maintained in

4 Ms. Perez's personnel file at the Maid Brigade of Marin County office.

5    I declare under penalty of perjury under the laws of the State of California that the

6 foregoing is true and correct.  Executed this 10th day of August, 2007, at San Rafael,

7 California.

8    _____
        Bruce Abbott
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRUCE ABBOTT IN SUPPORT OF DEFENDANT BMJ LLC'S
PETITION TO COMPEL ARBITRATION AND TO STAY OR DISMISS PENDING LITIGATION