# EXHIBIT C

## Patrick Macias

| | |
|---|---|
| From: | "Patrick Macias" <pmacias@rflawllp.com> |
| To: | "Alan Harris" <aharris@harrisandruble.com> |
| Cc: | "Bruce Abbott" <bruceabbott@sbcglobal.net>; "Dave Zelenski" <dzelenski@harrisandruble.com>; "Sarah N. Leger" <sleger@rflawllp.com>; "Daniel Shea" <daniel.shea@nelsonmullins.com>; "David S Harris" <dsh@northbaylawgroup.com> |
| Sent: | Thursday, August 09, 2007 4:16 PM |
| Subject: | Re: Perez v. Maid Brigade: Documents Served Yesterday |

Alan:

I have been in contact with Daniel Shea, whose direct dial contact info is below. They will have local counsel and will be moving to appear *pro hac vice*.

Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, NE, Suite 1400
Atlanta, GA 30309-3964
Tel: 404.817.6229 Fax: 404.817.6050
www.nelsonmullins.com

By the way, I looked at *Albertsons*, and as I suspected, its rationale seems to limit its application to Collective Bargaining cases. It cites *Kuehner*, 84 Fed3d 316, which seems rather to support our position that this matter is arbitrable.

Patrick

----- Original Message -----
From: Alan Harris
To: Patrick Macias ; Dave Zelenski
Cc: David S Harris ; Bruce Abbott ; Sarah N. Leger
Sent: Thursday, August 09, 2007 3:57 PM
Subject: RE: Perez v. Maid Brigade: Documents Served Yesterday

We had thought you represented Maid Brigade, Inc. I now grasp that you do not. Who does? We have some procedural orders to send to that firm.

```
Alan Harris
HARRIS & RUBLE
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366
Cell: 312.543.0967
law@harrisandruble.com
www.harrisandruble.com

To ensure compliance with requirements imposed by the IRS, we inform you that any
U.S. federal tax advice contained in this document (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.
```

The information contained in this e-mail message is intended only for the personal
and confidential use of the recipient(s) named above. This message may be an
attorney-client communication and/or work product and as such is privileged and
confidential. If the reader of this message is not the intended recipient or an
agent responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any review,
dissemination, distribution, or copying of this message is strictly prohibited. If
you have received this communication in error, please notify us immediately by e-
mail, and delete the original message.

---

**From:** Patrick Macias [mailto:pmacias@rflawllp.com]
**Sent:** Wednesday, August 08, 2007 11:13 AM
**To:** Dave Zelenski
**Cc:** David S Harris; Alan Harris; Bruce Abbott; Sarah N. Leger
**Subject:** Re: Perez v. Maid Brigade: Documents Served Yesterday

Thanks David. Can you fax or scan a copy for me?

By the way, please include my partner Sarah Leger on emails, and please ask Alan to do so as well.

Patrick

----- Original Message -----
**From:** Dave Zelenski
**To:** pmacias@rflawllp.com
**Sent:** Wednesday, August 08, 2007 10:54 AM
**Subject:** Perez v. Maid Brigade: Documents Served Yesterday

Patrick:

Just so you know: I'm one of the associates working on the Perez matter, and, because I had not seen your e-mail to David Harris confirming that you were representing BMJ, I served today a Notice of Re-Assignment on BMJ's Registered Agent via USPS. (In other words, I'm not trying to annoy BMJ's Registered Agent.)

Dave Zelenski
HARRIS & RUBLE
5455 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90036
323.931.3777 Tel.
323.931.3366 Fax
www.harrisandruble.com

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, he or she is hereby notified that receipt of this document is in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original

message.