PATRICK M. MACIAS (SBN 118167)
SARAH N. LÉGER (SBN 226877)
RAGGHIANTI FREITAS LLP
874 Fourth Street
San Rafael, California 94901
Telephone: (415) 453-9433
Facsimile: (415) 453-8269

Attorneys for Defendant
BMJ LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>Defendants. | CASE NO. C 07 3473 SI<br><br>**[PROPOSED] ORDER RE DEFENDANT BMJ LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PENDING LITIGATION**<br><br>Date: October 12, 2007<br>Time: 9:00 A.M.<br>Dept.: 10<br>Judge: Hon. Susan Illston |

The Motion of Defendant BMJ, LLC to Compel Arbitration and Stay Pending Litigation came on regularly for hearing before the Honorable Susan Illston, in Department 10 of the above-entitled Court on October 12, 2007. Having considered the arguments made in support of, and in opposition to, said motion,

IT IS HEREBY ORDERED that Defendant BMJ, LLC's motion is granted. The matter of *Virginia Perez v. Maid Brigade, Inc. et al.*, Case No. C 07 3473, is hereby referred to binding arbitration pursuant to contract between the parties. This matter is

stayed pending said arbitration.

Dated: _____, 2007

_____
The Honorable Susan Illston