Alan Harris (SBN 146079)
David S. Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>                    Defendants. | Case No. C 07-3473 SI<br><br>**DECLARATION OF VIRGINIA PEREZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BMJ LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PENDING LITIGATION**<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Dep't: 10<br><br>*Assigned to Hon. Susan Illston* |

# DECLARATION

I, VIRGINIA PEREZ, declare and verify under penalty of perjury of the State of California as follows:

(1) I am a former employee of Maid Brigade. I make this statement in support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

(2) I neither speak nor read English. I have reviewed the Exhibits to Bruce Abbott's Declaration and Patrick Macias' Declaration, copies of which are attached hereto as Exhibits 1 and 2. I have no knowledge of the documents that are attached hereto as Exhibits 1 and 2. I did not recall signing these documents. I do not recall being presented with any thick package of documents such as Exhibits 1 and 2.

(3) When I began working for Maid Brigade in or about June of 2002, I signed some documents, but they differed from those that are attached as Exhibits 1 and 2.

(4) I have never heard of the American Arbitration Association and I have no idea what arbitration means.

(5) After I was injured while working at Maid Brigade, I was transferred to work in the office. Part of my responsibility involved documents that the employees would sign when they began working for the company. Those documents were different from those attached as Exhibits 1 and 2. I have never seen any documents such as are attached as Exhibits 1 and 2.

(6) My attorney, David Harris, and my husband (who speaks English), Rafael Perez, have reviewed this document with me and translated it to me in Spanish.

I have read the foregoing Declaration, and the facts set forth therein are true of my own personal knowledge.

Executed September 19, 2007, in the County of Marin, State of California.

By: *Virginia Perez*
Virginia Perez

1
DECLARATION

## PROOF OF SERVICE

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On September 21, 2007, I served the within document(s): **DECLARATION OF VIRGINIA PEREZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BMJ LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PENDING LITIGATION**.

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as follows:

N/A.

I served the above document(s) via United States District Court Electronic Filing Service as set forth below:

Paul M. Macias
Sarah N. Leger
Ragghianti Freitas LLP
874 Fourth Street, Suite D
San Rafael, California 94901

James A. Bowles
E. Sean McLoughlin
One California Plaza
300 South Grand Avenue, Thirty-Seventh Floor
Los Angeles, California 90071

Daniel M. Shea
Paul R. Beshears
Michelle W. Johnson
Nelson Mullins Riley & Scarbourough LLP
999 Peachtree Street, Suite 1400
Atlanta, Georgia 30309

I declare under penalty of perjury that the above is true and correct. Executed on September 21, 2007, at Los Angeles, California.

/s/ David Zelenski
David Zelenski