PATRICK M. MACIAS (SBN 118167)
SARAH N. LÉGER (SBN 226877)
RAGGHIANTI FREITAS LLP
874 Fourth Street
San Rafael, California 94901
Telephone:  (415) 453-9433
Facsimile:    (415) 453-8269

Attorneys for Defendant
BMJ LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>Defendants. | CASE NO. C 07 3473 SI<br><br>**DECLARATION OF BRUCE ABBOTT IN REPLY TO OPPOSITION TO DEFENDANT BMJ LLC'S MOTION TO COMPEL ARBITRATION AND TO STAY PENDING LITIGATION**<br><br>Date:  October 12, 2007<br>Time:  9:00 A.M.<br>Dept.:  10<br>Judge:  Hon. Susan Illston |

I, Bruce Abbott, declare:

1.    I am the sole member of Defendant BMJ LLC in the above-entitled action. I know the following facts of my own personal knowledge and, if called to testify thereto, could and would do so competently.

2.    BMJ is a California Limited Liability Company doing business in the State of California as Maid Brigade of Marin County, a franchisee of Defendant Maid Brigade Inc. (which I understand to be a Georgia corporation).  As the sole member of BMJ, I manage and am responsible for the day-to-day operations of Maid Brigade of Marin County.

3.    As a franchisee of Maid Brigade, Inc., I purchase several items necessary

to the function of the business of Maid Brigade of Marin County from Maid Brigade Inc. Specifically, we receive all training materials and marketing materials (including brochures, mailers and fliers) from Maid Brigade Inc.  We also purchase uniforms, cleaning products and equipment from Maid Brigade Inc. for use in our business.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 27th day of September, 2007, at San Rafael, California.

/S/_____
Bruce Abbott