# SIGNATURE PAGE EXHIBIT

1  to the function of the business of Maid Brigade of Marin County from Maid Brigade Inc.
2  Specifically, we receive all training materials and marketing materials (including
3  brochures, mailers and fliers) from Maid Brigade Inc. We also purchase uniforms,
4  cleaning products and equipment from Maid Brigade Inc. for use in our business.
5     I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct. Executed this 27th day of September, 2007, at San Rafael,
7  California.

_____
Bruce Abbott