UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA PEREZ, individually, and on
behalf of all others similarly situated,

        Plaintiff(s),

        v.

MAID BRIGADE, INC., a Delaware
Corporation, and BMJ LLC, a California
Limited Liability Company

        Defendant(s).

CASE NO. C-07-3473 (SI)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: November 2, 2007 2:00 p.m. PDT

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Alan Harris | Virginia Perez | 323-931-3777 | aharris@harrisandruble.com |
| Patrick Macias | BMJ LLC | 415-453-9433 | pmacias@rflawllp.com |
| Daniel Shea | MBI, Inc. | 404-817-6229 | daniel.shea@nelsonmullins.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/9/07

Dated: 10/9/07

Dated: 10-9-07

_____
Attorney for Plaintiff

PATRICK MACIAS
Attorney for
Defendant
BMJ, LLC

_____
Attorney for Defendant
Atty for defendant,
Maid Brigade, Inc.