**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/2/07

Case No.   C-07-3473 SI          Judge:   SUSAN ILLSTON

Title: VIRGINIA PEREZ  -v-  MAID BRIGADE INC.

Attorneys: D. Harris, A. Harris  D. Shea (phone) , M. Johnson (phone), J. Bowles, P. Macias

Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **4/4/08    @ 9:00 a.m.**   for Motions Re: Jurisdiction & Joint Employer (Motion due **2/29/08**, Opposition **3/14/08** Reply **3/21/08**)

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall conduct targeted discovery for the motions indicated above.