1 | PATRICK M. MACIAS (SBN 118167)
2 | SARAH N. LÉGER (SBN 226877)
  | RAGGHIANTI FREITAS LLP
3 | 874 Fourth Street
  | San Rafael, California 94901
4 | Telephone: (415) 453-9433
  | Facsimile:  (415) 453-8269
5 |
  | Attorneys for Defendant
6 | BMJ LLC

FILED

07 NOV -9 PM 1:09

[Clerk stamp, U.S. District Court, Northern District of California]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually and on behalf of all others similarly situated, | CASE NO. C 07 3473 SI |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company, | The Honorable Susan Illston |
| Defendants. | |

///
///
///
///
///
///
///

1
**NOTICE OF APPEAL**

Notice is hereby given that Defendant BMJ, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the Order Denying Defendant BMJ's Motion to Compel Arbitration and Stay Litigation Pending Arbitration, entered on October 11, 2007.

Only Defendant BMJ, LLC and no other Defendant appeals by this notice.

Dated: November 9, 2007

Respectfully Submitted,

RAGGHIANTI FREITAS LLP

By: _____
Patrick M. Macias

Attorneys for Defendant
BMJ, LLC