UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 11 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA PEREZ,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation; et al.,<br><br>  Defendants - Appellants. | No. 07-17099<br><br>D.C. No. CV-07-03473-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

**FILED**
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On February 7, 2008, a telephone conference was held with Circuit Mediator Lisa J. Evans.

The briefing schedule previously set by the court is vacated.

The court will initiate a further assessment conference by telephone on February 14, 2008, at 11:30 a.m. **PACIFIC (San Francisco) Time**.

Counsel are requested to contact the undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT

Lisa J. Evans
Circuit Mediator