IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA PEREZ,

        Plaintiff,

v.

MAID BRIGADE INC.,

        Defendant.

No. C 07-03473SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Friday, April 18, 2008, at 2:30 p.m. A joint statement must be filed one week prior to the conference.

Dated: March 27, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk