UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/18/08

Case No.   C-07-3473 SI          Judge:   SUSAN ILLSTON

Title: VIRGINIA PEREZ  -v- MAID BRIGADE INC.

Attorneys: D. Harris, Zelenski, Shea (phone), J. Bowles (phone), P. Macias

Deputy Clerk:  Tracy Sutton   Court Reporter:  none

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART


Case continued to **6/6/08    @ 9:00 a.m.**   for Motion for Preliminary Settlement Approval (file 5/23/08)


ORDERED AFTER HEARING: