Alan Harris (SBN 146079)
David S. Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. C 07-3473 SI<br><br>**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPPOINTMENT OF QUALIFIED SETTLEMENT ADMINISTRATOR**<br><br>Date: June 6, 2008<br>Time: 9:00 a.m.<br>Dep't: 10<br><br>*Assigned to Hon. Susan Illston* |

TO EACH PARTY AND TO EACH PARTY'S ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that, on June 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move for an order granting conditional certification of a settlement class, preliminary approval of class-action settlement, and appointment of a qualified settlement administrator.

The Motion will be made and based upon this Notice of Motion; the Declaration of Alan Harris in Support of Plaintiff's Motion for Conditional Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Appointment of

1 | Qualified Settlement Administrator; the Memorandum of Points and Authorities in
2 | Support of Motion for Preliminary Approval of Class-Action Settlement; and all of the
3 | pleadings, papers, and documents contained in the file of the within action.

5 | DATED: May 23, 2008                                    HARRIS & RUBLE

6 |                                                        _____/s/_____
7 |                                                        Alan Harris
                                                           *Attorney for Plaintiff*

# **PROOF OF SERVICE**

I am attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On May 23, 2008, I served the within document(s): **DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPPOINTMENT OF QUALIFIED SETTLEMENT ADMINISTRATOR**.

I caused such to be delivered by hand in person to:

   N/A

I caused such to be delivered by fax or e-mail to:

   N/A

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

   N/A

I caused such to be delivered via the Court's CM/ECF System:

   James Bowles
   jbowles@hillfarrer.com
   docket@hhillfarrer.com
   lforte@hillfarrer.com
   smcloughlin@hillfarrer.com

   Michelle Johnson
   michelle.johnson@nelsonmullins.com

   Patrick Macias
   pmacias@rjlawllp.com

   Edward McLoughlin
   smcloughlin@hillfarrer.com
   avillar@hillfarrer.com
   docket@hillfarrer.com

   Daniel Shea
   Daniel.shea@nelsonmullins.com

I declare under penalty of perjury that the above is true and correct. Executed on May 23, 2008, at Los Angeles, California.

                              /s/
                              David Zelenski