UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/6/08

Case No.   C-07-3473 SI           Judge:   SUSAN ILLSTON

Title: VIRGINIA PEREZ  -v-  MAID BRIGADE INC.

Attorneys: D. Harris, J. Bowles (phone), M. Johnson (phone) , P. Macias

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1)  Preliminary Approval of Class Settlement - HELD

2)  

3)  

Order to be prepared by:  (  )Pltf    (  )Deft    ( s ) Counsel

Disposition :  ( x ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **(to be set) for final approval of class action settlement**

ORDERED AFTER HEARING: