Alan Harris (SBN 146079)
David S. Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. C 07-3473 SI<br><br>**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>Date: October 24, 2008<br>Time: 9:00 a.m.<br>Dep't: 10<br><br>*Assigned to Hon. Susan Illston* |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, on October 24, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move the Court for an order (1) awarding attorney's fees and costs of $30,000 and (2) awarding claims-administration fees of $9,000, to-date claims-administration costs of $1,217, and estimate additional claims-administration costs of $900 in the above-captioned action. The Motion is based on this Notice of Motion; on the Memorandum of Points and Authorities in Support of Motion for Award of Attorney's Fees and

1  Reimbursement of Costs, filed and served herewith; on the Declaration of Alan Harris in
2  Support of Motion for Award of Attorney's Fees and Reimbursement of Costs, filed and
3  served herewith; on all pleadings and files in this action; and on such further and
4  additional points, authorities, and evidence as may be presented at the time of the
5  hearing.
6
7  DATED: August 15, 2008                             HARRIS & RUBLE
8                                                    _____/s/_____
9                                                    Alan Harris
                                                     *Attorneys for Plaintiff*

MOT. FOR AWARD OF ATT'Y'S FEES AND REIMBURSEMENT OF COSTS

**PROOF OF SERVICE**

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On August 15, 2008, I served the within document(s): **MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**.

I caused such envelope to be delivered by hand in person to:

  N/A

I caused such to be delivered via the Court's CM/ECF System:

  James Bowles
  jbowles@hillfarrer.com
  docket@hhillfarrer.com
  lforte@hillfarrer.com
  smcloughlin@hillfarrer.com

  Michelle Johnson
  michelle.johnson@nelsonmullins.com

  Patrick Macias
  pmacias@rjlawllp.com

  Edward McLoughlin
  smcloughlin@hillfarrer.com
  avillar@hillfarrer.com
  docket@hillfarrer.com

  Daniel Shea
  daniel.shea@nelsonmullins.com

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

  N/A

I declare under penalty of perjury that the above is true and correct. Executed on August 15, 2008, at Los Angeles, California.

                    /s/
                    David Zelenski