**HARRIS & RUBLE**
ATTORNEYS AND COUNSELORS AT LAW
5455 WILSHIRE BLVD.
SUITE 1800
LOS ANGELES, CA 90036
TEL (323) 931-3777
FAX (323) 931-3366

Perez, Virginia

Page: 1
08/15/2008
Account No:    PEREZ-MAID
Statement No:    1

Virginia Perez v. Maid Brigade

Interim Statement

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| **05/20/2008** | | | | | |
| | DSH | Review and respond to emails regarding issues related to settlement agreement. | 500.00 | 0.30 | 150.00 |
| | DSH | Attend to issues related to settlement agreement. | 500.00 | 0.50 | 250.00 |
| **05/21/2008** | | | | | |
| | AH | E-mail correspondence with David S. Harris and defense counsel re settlement. | 725.00 | 0.10 | 72.50 |
| **05/23/2008** | | | | | |
| | DZ | Drafted Mot. for Preliminary Approval, Mem. in Supp. of Mot. for Preliminary Approval, Harris Decl. in Supp. of Mot. for Preliminary Approval, Class Notice, and Claim Form. | 390.00 | 7.00 | 2,730.00 |
| | AH | E-mail correspondence with Bowles, James A. Re motion for preliminary approval. (.1); draft same 2.6 | 725.00 | 2.70 | 1,957.50 |
| | AH | E-mail correspondence with Dave Zelenski and defense counsel re Alan Harris Decl.; drafted same. | 725.00 | 0.70 | 507.50 |
| | AH | E-mail correspondence with Daniel Shea re settlement. | 725.00 | 0.10 | 72.50 |
| | AH | E-mail correspondence with Daniel Shea. | 725.00 | 0.10 | 72.50 |
| | DSH | Attend to issues related to motion for preliminary approval of settlement agreement; Drafting Documents. | 500.00 | 1.20 | 600.00 |
| | DSH | Review and respond to emails regarding filing of motion for preliminary approval. | 500.00 | 0.40 | 200.00 |

Perez, Virginia

Virginia Perez v. Maid Brigade

| | | Rate | Hours | |
|---|---|---|---|---|
| **5/27/2008** | | | | |
| AH | E-mail correspondence with Patrick Macias re settlement. | 725.00 | 0.10 | 72.50 |
| **6/02/2008** | | | | |
| AH | E-mail correspondence with Forte, LaVenia H. Up re hearing this week. | 725.00 | 0.10 | 72.50 |
| **6/05/2008** | | | | |
| AH | Reviewing Documents to prepare for hearing on preliminary approval of settlement. | 725.00 | 2.20 | 1,595.00 |
| DSH | Attend to issues related preparing for motion for preliminary approval. | 500.00 | 0.50 | 250.00 |
| DSH | Telephone discussion with Alan Harris regarding issues related to hearing on preliminary approval. | 500.00 | 0.30 | 150.00 |
| **6/06/2008** | | | | |
| AH | Court hearing before Judge Illston re preliminary approval. | 725.00 | 0.50 | 362.50 |
| DSH | Meeting with Alan Harris regarding hearing on motion for preliminary approval. | 500.00 | 1.30 | 650.00 |
| DSH | Attend hearing on motion for preliminary approval. | 500.00 | 1.00 | 500.00 |
| **6/09/2008** | | | | |
| DZ | Drafted Proposed Order re Preliminary Approval. | 390.00 | 1.00 | 390.00 |
| DZ | Discussed Proposed Order re Preliminary Approval with Alan Harris. | 390.00 | 0.10 | 39.00 |
| DZ | Correspondence with Alan Harris and David Harris via e-mail re Proposed Preliminary Approval Order. | 390.00 | 0.10 | 39.00 |
| **6/10/2008** | | | | |
| DZ | Discussed Proposed Order re Preliminary Approval with David Harris. | 390.00 | 0.10 | 39.00 |
| DZ | Discussed revisions to Proposed Order re Preliminary Approval with Patrick Macias. | 390.00 | 0.10 | 39.00 |
| DZ | Electronically filed (and e-mailed to Judge's Chambers) Proposed Order re Preliminary Approval. | 390.00 | 0.20 | 78.00 |
| DZ | Reviewed Proposed Order re Preliminary Approval of Settlement. | 390.00 | 0.10 | 39.00 |
| AH | E-mail correspondence with Michelle | | | |

Perez, Virginia

Virginia Perez v. Maid Brigade

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| | Johnson re form of order granting preliminary approval. | 725.00 | 0.10 | 72.50 |
| AH | E-mail correspondence with Patrick Macias re order granting preliminary approval. | 725.00 | 0.10 | 72.50 |

**06/20/2008**

| DZ | Reviewed Civil Minutes re Preliminary-Approval Hearing. | 390.00 | 0.10 | 39.00 |
|---|---|---|---|---|
| DZ | Reviewed Order Granting Final Approval (calendaring relevant dates). | 390.00 | 0.30 | 117.00 |

**07/07/2008**

| AAT | Drafting Documents - class action class notice - translate in Spanish. | 390.00 | 0.40 | 156.00 |
|---|---|---|---|---|

**07/08/2008**

| DAB | Client Administration; Mailing labels. | 210.00 | 1.30 | 273.00 |
|---|---|---|---|---|
| AH | Telephone call to James Bowles - Voice Mail. | 725.00 | 0.10 | 72.50 |
| AH | Telephone call to Patrick Macias - Voice Mail. | 725.00 | 0.10 | 72.50 |
| AH | E-mail correspondence with Mr. Macias and Dave Zelenski re his failure to provide requested information. | 725.00 | 0.10 | 72.50 |
| DZ | Telephone call to Patrick Macias - Voice Mail --- Left message regarding days-worked spreadsheet. | 390.00 | 0.10 | 39.00 |
| DZ | Performed final review of Claim Form and Class Notice. | 390.00 | 0.40 | 156.00 |
| DZ | Prepared Claim Forms to be mailed to Class Members. | 390.00 | 0.20 | 78.00 |
| DZ | Telephone call from Patrick Macias - Spoke --- Mr. Macias said that he will e-mail the requested information right away. | 390.00 | 0.10 | 39.00 |
| DZ | Telephone call to Patrick Macias - Spoke --- Discussed spreadsheets that had been sent by Mr. Macias. I explained that I need information as to the specific dates worked by Class Members, not just the total number of weeks/days worked. Mr. Macias said that he will check with his client and get back to me. | 390.00 | 0.10 | 39.00 |
| DZ | Telephone call to Patrick Macias - Spoke --- Mr. Macias said that he will know tomorrow morning how | | | |

Perez, Virginia

Account No:          PEREZ-MAID
Statement No:                   1

Virginia Perez v. Maid Brigade

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | quickly he can get me a dates-worked spreadsheet. | 390.00 | 0.10 | 39.00 |
| **7/09/2008** | | | | | |
| | DZ | Telephone call from Patrick Macias - Spoke --- Mr. Macias said that it will take approximately one to two days for the dates-worked information to be compiled.  He said that the information will definitely be ready by Friday. | 390.00 | 0.10 | 39.00 |
| **7/10/2008** | | | | | |
| | AH | E-mail correspondence with Patrick Macias re beginning and ending dates for mailing. | 725.00 | 0.10 | 72.50 |
| **7/11/2008** | | | | | |
| | DZ | Prepared Claim Form and Class Notice mailings. | 390.00 | 0.60 | 234.00 |
| | AAT | Office Matter - claims administration - prepare class notices and claim forms. | 390.00 | 0.30 | 117.00 |
| **7/14/2008** | | | | | |
| | AH | E-mail correspondence with Dave Zelenski. | 725.00 | 0.10 | 72.50 |
| | DZ | Reviewed list of Class Members (to ensure that Claim Forms and Class Notices were mailed to all Class Members). | 390.00 | 0.50 | 195.00 |
| | DZ | Correspondence with Patrick Macias via e-mail re Class Member Pricila Melo (asked for her dates worked). | 390.00 | 0.10 | 39.00 |
| **7/15/2008** | | | | | |
| | DZ | Discussed claims process with inquiring Class Members. | 390.00 | 0.20 | 78.00 |
| **7/18/2008** | | | | | |
| | DZ | Re-mailed returned Class Notices and Claim Forms. | 390.00 | 0.30 | 117.00 |
| **8/13/2008** | | | | | |
| | DZ | Discussed claims administration with Alan Harris. | 390.00 | 0.20 | 78.00 |
| | DSH | Attend to issues related to fee petition. | 500.00 | 0.50 | 250.00 |
| **8/14/2008** | | | | | |
| | DSH | Review and attend to issues related to fee petition. | 500.00 | 1.30 | 650.00 |

Perez, Virginia

| | Account No: | PEREZ-MAID |
| --- | --- | --- |
| | Statement No: | 1 |

Virginia Perez v. Maid Brigade

| | Rate | Hours | |
| --- | --- | --- | --- |
| For Current Services Rendered | | 28.70 | 14,207.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| Alan Harris | 7.30 | $725.00 | $5,292.50 |
| David Zelenski | 12.10 | 390.00 | 4,719.00 |
| Abigail Ameri Treanor | 0.70 | 390.00 | 273.00 |
| Dennis Bjorklund | 1.30 | 210.00 | 273.00 |
| David S. Harris | 7.30 | 500.00 | 3,650.00 |

### Advances

| | | |
| --- | --- | --- |
| 05/31/2008 | Lexis Research -Billing period from May 1, 2008 to May 31, 2008. | 5.01 |
| 05/31/2008 | Lexis Research -Billing period from May 1, 2008 to May 31, 2008. | 2.33 |
| 06/30/2008 | Lexis Research - AH - Billing Period from June 1, 2008 to June 30, 3008. | 0.31 |
| 08/05/2008 | Lexis Research - AHH - Billing Period from July 1, 2008 to July 31, 2008. | 6.21 |
| | Lexis Research | 13.86 |
| | | |
| 06/20/2008 | Copies - DZ - Documents and Settings. | 3.00 |
| 07/11/2008 | Copies - AHH - 2008-07-08 Claim Form. | 75.00 |
| 07/11/2008 | Copies - AHH - 07-08-08 Claim Form. | 247.50 |
| 08/04/2008 | Copies - AHH - Client Copy Charges July 2008. | 256.00 |
| | Copies | 581.50 |
| | | |
| 06/11/2008 | Filing -AC- OneLegal. (paid by North Bay Law Group). | 31.00 |
| | Filing | 31.00 |
| | | |
| 05/31/2008 | Research -West Information invoice 816119131 for the period May 1, 2008 - May 31, 2008. | 58.23 |
| 06/30/2008 | Research - AHH - Pacer Quarterly Statement/Invoice from 04/01/08 to 06/30/08. | 0.96 |
| | Research | 59.19 |
| | | |
| 07/28/2008 | Postage - AHH - Postage Summary for June 28, 2008 to July 27, 2008. | 96.99 |
| | Postage | 96.99 |
| | | |
| 06/05/2008 | Meals -AH-834 Irwin Street San Raphael, CA. | 11.12 |
| 06/05/2008 | Meals -AH-LAX. | 7.12 |
| 06/06/2008 | Meals -AH-Tomokazu. | 8.01 |
| | Meals | 26.25 |
| | | |
| 06/06/2008 | Parking -AH-LAX P7. | 33.00 |

Perez, Virginia

Virginia Perez v. Maid Brigade

| | | |
|---|---|---:|
| 6/06/2008 | Parking -AC- Civic Center Parking. (paid by North Bay Law Group). | 5.00 |
| | Parking | 38.00 |
| 6/04/2008 | Travel -United Airlines LAX-SFO. | 362.01 |
| 6/06/2008 | Travel - AHH - SF Airport A6005. | 8.60 |
| | Travel | 370.61 |
| | Total Advances Thru 08/15/2008 | 1,217.40 |
| | Total Current Work | 15,424.90 |
| | Balance Due | $15,424.90 |