HILL, FARRER & BURRILL, LLP
JAMES A. BOWLES (Bar No. 089383)
E. SEAN McLOUGHLIN (Bar No. 174076)
300 South Grand Avenue
37th Floor – One California Plaza
Los Angeles, California 90071-3147
Telephone:  (213) 620-0460
Facsimile:  (213) 624-4840

Attorneys for Defendant
MAID BRIGADE, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
DANIEL M. SHEA (Georgia Bar No. 638800)
PAUL R. BESHEARS (Georgia Bar No. 055742)
MICHELLE W. JOHNSON (Georgia Bar No. 759611)
201 17th Street, N.W., Suite 1700
Atlanta, Georgia  30363
Telephone:  (404) 322-6000
Facsimile:  (404) 322-6050

Attorneys for Defendant
MAID BRIGADE, INC.
Appearing *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA PEREZ, individually, and on behalf of all others similarly situated, <br><br>             Plaintiff, <br><br> v. <br><br> MAID BRIGADE, INC., a Delaware Corporation, and BMJ LLC, a California Limited Liability Company, <br><br>             Defendants. | Case No.:  C 07 3473 SI <br><br> **DEFENDANT MAID BRIGADE INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS** <br><br> Date:         October 24, 2008 <br> Time:        9:00 a.m. <br> Judge:      Hon. Susan Illston <br> Place:       Courtroom 10 |

1    Defendant Maid Brigade, Inc. does not oppose Plaintiff's Motion for Award of

2  Attorney's Fees and Reimbursement of Costs.

3

4  DATED: August 19, 2008

5                                              HILL, FARRER & BURRILL

6

7                                              _____/s/ James Bowles_____

8                                              Attorneys for Defendant
                                               MAID BRIGADE, INC.

9                                              James Bowles
                                               California Bar No. 089383

10                                             E. Sean McLoughlin
                                               California Bar No.: 174076

11

12

13  HFB 821960.1 M0740002

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDAN'S NON-OPPOSITION TO MOTION FOR ATTORNEY'S FEES